# EXHIBIT D

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

# U.S. Patent No. 12,184,084: Satechi Qi2 Chargers

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(Preamble)] A wireless power transmitter comprising: | Satechi's Qi2-certified wireless chargers infringe claim 1 because they comprise the wireless power transmission system described below.[1]<br><br>Satechi's Qi2-certified PTx products ("Satechi Qi2 Charger(s)") can provide up to 15W of wireless charging to a PRx via the Magnetic Power Profile ("MPP").<br><br>Satechi Qi2 Chargers include a transmitter antenna (e.g., a PTx | <br>MPP PTx<br>**Figure 5 - MPP PTx functional diagram.**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18 |

[1] These claim charts use the Qi 2.1 specification as a non-limiting example of infringement. Other versions of the Qi2 spec (such as Qi 2.x.x) infringe for the same or substantially the same reasons. Other Satechi Qi2 chargers infringe for the same, or substantially the same, reasons.

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | wireless charging coil) that is configured to couple with a receiver antenna (e.g., a PRx Wireless Charging Coil) of another device (e.g., a smartphone).<br><br>Coupling can be achieved through a magnetic field between the PTx and PRx. This coupling enables wireless charging. | <br><br>**Figure 6 - Qi wireless power transfer using magnetic induction**<br><br>When charging begins, the Power Transmitter runs an alternating electrical current through its coil(s), which generates an alternating magnetic field in accordance with Faraday's law. This magnetic field is in turn picked up by the coil inside the Power Receiver and transformed by a power converter back into a direct electrical current that can be used to charge the battery.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Introduction) pg. 8 |
| | Satechi Qi2 Chargers use the MPP to couple with Qi2 PRx devices (such as a smartphone) for 5-15W of wireless power transfer. | **Magnet array**<br>The magnet array has been carefully designed so that it can coexist with the wireless power transfer system to deliver high power transfer at high efficiency. Figure 2 shows the multipole magnet design that tightly couples strong permanent magnetic fields within the region of the magnet array, keeping most of the strong fields away from the magnetic shielding material of the power transfer coils. |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | The magnet arrays in both devices maintain the alignment of the Satechi Qi2 Charger's PTx coil and a receiving device's PRx coil.<br><br>This coupling also enables wireless charging. | …<br><br><br>Figure 9 - Exploded view of the Coil Module for the PTx Coil System Model.<br><br>…<br><br><br>**Figure 2 - Multipole magnet design that tightly couples strong permanent magnetic fields within the region of the magnet array.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 14-15, 24 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(a)] a voltage regulator that is operable to | Satechi Qi2 Chargers contain a voltage regulator (a "Variable Voltage Supply") that can operate as described below.<br><br>As seen on the right, the Variable Voltage Supply controls the voltage of power signals.<br><br>The Variable Voltage Supply receives a DC | <br>**Figure 5 - MPP PTx functional diagram.**<br>…<br>**2.4 Architectural overview**<br>**2.4.1 System Description**<br>Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:<br>• External power source - in many cases a separate adapter such as a USB PD brick.<br>• Variable Voltage Supply - for voltage control of the power signal<br>…<br>**5.10.2.2.1 PTx Control**<br>With inverter frequency fixed, PTx controls the power by adjusting the voltage applied to the inductive ac link based on the XCE packets from PRx. This can be achieved by either<br>• (Vin control mode) adjusting the inverter input voltage Vin to the inverter between VIN_MIN and VIN_MAX, or<br>• (phase control mode) adjusting the inverter phase θ (see *Section 5.3.1.1, Definition of inverter phase θ* ) between PHASE_MIN and PHASE_MAX.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16, 18, and 168 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | power signal ($P_{IN}$) from an external power source. | **2.4 Architectural overview**<br><br>**2.4.1 System Description**<br>Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:<br>• External power source - in many cases a separate adapter such as a USB PD brick.<br>• Variable Voltage Supply - for voltage control of the power signal<br>…<br>**2.4.2 System block diagrams**<br>Figure 4 shows the system-level diagrams for a typical MPP system. There are also functional diagrams for three sub-blocks:<br>• MPP PTx: Figure 5<br>• MPP accessory: Figure 6<br>• MPP PRx: Figure 7<br><br><br>**Figure 4 - System block diagram.**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16 and 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 1</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td>[1(a)(i)] receive a first control signal that indicates a configurable voltage level of a supply voltage signal and<br><br>[1(a)(ii)] produce the supply voltage signal in accordance with the first control signal;</td><td>The Satechi Qi2 Charger's PTx Control Unit sends a first control signal to the Variable Voltage Supply.<br><br>The first control signal indicates a configurable voltage level of a supply voltage signal ($V_{in}$). $V_{in}$ is the "Input DC Voltage" for the QI2 Charger's Inverter.<br><br>The Satechi Qi2 Charger's Variable Voltage Supply produces $V_{in}$ in accordance with the first control signal.<br><br>The produced $V_{in}$ will have a voltage that is between VIN_MIN and VIN_MAX. The first control signal indicates what the produced voltage should be.</td><td><br><br>Figure 5 - MPP PTx functional diagram.<br>...<br><br>Symbol | Name<br>$V_{in}$ | PTx Inverter Input DC Voltage<br>...<br><br>2.4 Architectural overview<br><br>2.4.1 System Description<br>Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:<br>• External power source - in many cases a separate adapter such as a USB PD brick.<br>• Variable Voltage Supply - for voltage control of the power signal<br>...<br>5.10.2.2.1 PTx Control<br><br>With inverter frequency fixed, PTx controls the power by adjusting the voltage applied to the inductive ac link based on the XCE packets from PRx. This can be achieved by either<br>• (Vin control mode) adjusting the inverter input voltage Vin to the inverter between VIN_MIN and VIN_MAX, or<br>• (phase control mode) adjusting the inverter phase θ (see Section 5.3.1.1, Definition of inverter phase θ ) between PHASE_MIN and PHASE_MAX.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16, 18, and 168</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | For example, Qi2 chargers (such as Satechi Qi2 Chargers) are required to ensure that the $V_{in}$ can settle to either 11.5V or 11V, depending on the circumstances. | **Table 27 - PTx electrical properties (system model), during power transfer.**<br><br>\| \| **Value** \|<br>\| Input voltage range \| 11 V - 19 V (MPT#1)<br>11 V - 25 V (MPT#2)<br>Capped at 18 V in low-k mode (See *Section 5.9.2.3.4, Low-k Mode* ) \|<br>\| Amplitude modulation resolution \| 30 mV \|<br>\| Duty cycle \| 50% \|<br>\| Max Vin with phase shift control \| 11 V \|<br><br>…<br>**5.6.2 Specifications**<br>**5.6.2.1 PTx Digital Ping Specifications**<br>PTx Digital Ping specifications include identification sequence with:<br>• InverterConfig == "128_HB_Low" (128 kHz Ping HB_Low)<br>• InverterConfig == "360_FB" (360 kHz Ping FB)<br>These inverter configurations are necessary for a successful digital ping between an MPP PTx and MPP PRx.<br>…<br>**5.6.2.2 PTx Digital Ping Specifications - 128 kHz Ping HB_Low**<br>**5.6.2.2.1 PTx DP 128 kHz HB_Low Spec 1**<br>PTx shall ensure its $V_{inv}$ settles to 11.5 V<br>…<br>**5.6.2.3 PTx Digital Ping Specifications - 360 kHz Ping FB**<br>**5.6.2.3.1 PTx DP 360 kHz FB Spec 1**<br>PTx shall ensure its $V_{in}$ is stable at 11 V.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 136, 144-45 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(b)] an inverter that is operable to | Satechi Qi2 Chargers contain an Inverter.<br><br>This Inverter performs DC/AC conversion. | <br><br>**Figure 5 - MPP PTx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18<br>Figure 2 provides a simplified model of a wireless power system, consisting of six blocks. The three blocks to the left of the power transfer interface represent a Power Transmitter and its supply. The three to the right represent a Power Receiver and its Load. Typically, these blocks comprise the following elements.<br>• *Supply:* in many cases a separate adapter such as a USB PD brick.<br>• *Inverter:* a half-bridge or full-bridge for DC/AC conversion.<br>• *Resonant Tank:* a coil and series capacitor boosting the power transfer capability.<br>• *Rectifier:* either a diode bridge or an active (synchronous) bridge for AC/DC conversion.<br>• *Load:* a power sink drawn by the Power Receiver Product, typically a mobile phone's power input to an internal battery charger.<br><br><br>**Figure 2 - Simplified model of a wireless power transfer system**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Power Delivery) pg. 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(b)(i)] receive a drive signal having a configurable frequency, | The Satechi Qi2 Charger's Frequency-Shift Keying ("FSK") Modulator sends a drive signal (the "Frequency Command") to the Inverter. The Inverter receives the Frequency Command.<br><br>The Frequency Command has a configurable frequency.<br><br>When the Satechi Qi2 Charger is operating at 128KHz, the Frequency | <br>**Figure 5 - MPP PTx functional diagram.**<br>...<br><br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | Command can be configured to be 127.772kHz (nominal operating frequency or $F_{op}$) or 125.435kHz (modulated frequency or $F_{mod}$).<br><br>At 360kHz, the Frequency Command can be configured to be 360kHz ($F_{op}$) or 366.412kHz($F_{mod}$). Frequency dithering can further modify the configurable Frequency Command by +/- 7kHz. | **6.2 Frequency Shift Keying (PTx to PRx)**<br>The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:<br>[table below]<br>...<br>**6.2.1 System Model**<br>**6.2.1.1 FSK Modulator (PTx)**<br>The system model FSK transmitter is presented in Figure 121. In general, Power Transmitter varies its operating frequency to transmit data to the Power Receiver.<br>When operating at 128 kHz, the PTx performs FSK modulation by switching between the nominal operating frequency, $F_{OP}$, of 127.772 kHz and the modulated frequency, $F_{MOD}$, of 125.435 kHz.<br>When operating at 360 kHz:<br>• the PTx performs FSK modulation by switching between the nominal operating frequency, $F_{OP}$, of 360 kHz and the modulated frequency, $F_{MOD}$, of 366.412 kHz<br>• frequency dithering is used, with a repetition length of 16 power frequency cycles and a deviation of -7 kHz to +7 kHz<br>• the frequency dithering deviation is larger than the FSK modulation depth<br>• $F_{OP}$ and $F_{MOD}$ values are the averages measured over a period of 16 cycles<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181 |

| Parameter | Value | |
|---|---|---|
| | MPP (128 kHz digital ping) | MPP (360 kHz ramp up ping and power transfer) |
| Power Frequency ($F_{op}$) | 127.772 kHz | 360 kHz |
| Modulation Frequency ($F_{mod}$) | 125.435 kHz | 366.412 kHz |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(b)(ii)] receive the supply voltage signal, and | The Satechi Qi2 Charger's Variable Voltage Supply sends $V_{in}$ to the Satechi Qi2 Charger's Inverter. The Inverter receives $V_{in}$. | <br><br>**Figure 5 - MPP PTx functional diagram.**<br>…<br>Symbol: $V_{in}$ — Name: PTx Inverter Input DC Voltage<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16 and 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(b)(iii)] based on the drive signal and the supply voltage signal, produce a first AC signal having the configurable frequency and a configurable power level that corresponds to the configurable voltage level of the supply voltage signal; | The Satechi Qi2 Charger's Inverter converts the DC power signal to a first AC signal (a first AC power signal). The Inverter sends the first AC power signal to the Satechi Qi2 Charger's Resonant Circuit.<br><br>The first AC power signal operates at and matches the frequency of the | <br>**Figure 5 - MPP PTx functional diagram.**<br><br>...<br><br><br>**Figure 121 - System Model for FSK Transmitter .**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | Frequency Command (e.g., 128Khz or 360kHz).<br><br>The first AC power signal has a voltage that corresponds to an "Equivalent Voltage" ($V_{inv}$). | **4.3 Operating frequency**<br>The operating frequency typically is in the range of 87 to 205 kHz. A Power Transmitter can—but does not have to—use the operating frequency to control the amount of power that is transferred to a Power Receiver. For this purpose, the frequency response of the Power Transmitter/Power Receiver system typically has a resonance near the lower end of the operating frequency range. A lower operating frequency results in a higher amount of power transferred and a higher frequency in a lower amount of power.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Introduction) pg. 12<br>**7.3 Magnetic Protocol - Full Mode**<br>As shown in Figure 15, the *magnetic protocol (full mode)* has five distinct phases: ping, configuration, negotiation, power, and cloak. The system runs through the ping, configuration, and negotiation phases twice, initially at an operating frequency of 128 kHz and after a restart at an operating frequency of 360 kHz.<br><br>**Figure 15 - Phases of magnetic protocol (full mode)**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 19 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | $V_{inv}$ corresponds to $V_{in}$ because $V_{inv}$ is "a value equal or proportional to the first harmonic of [the] Power Transmitter's inverter voltage output." | <table><tr><td>$V_{inv}$</td><td>PTx Equivalent Inverter Voltage</td><td>Equivalent inverter voltage that considers the inverter phase shift and duty cycle. See *Section 5.9.4.1, Equivalent Vinv* .</td></tr></table> … **5.9.4 PTx Specification Notes**<br>**5.9.4.1 Equivalent Vinv**<br>Equivalent Vinv is defined as a value equal or proportional to the first harmonic of Power Transmitter's inverter voltage output. For example, the system model PTx follows the full-bridge design in Figure 96, and the following is a valid definition of Vinv:<br>$V_{inv} = V_{in} \sin\frac{\pi-\theta}{2} \approx V_{in}\left(1 - \frac{1}{2}\left(\frac{\pi}{2}\right)^2 x^2 + \frac{1}{24}\left(\frac{\pi}{2}\right)^2 x^4\right), \quad x \triangleq \frac{\theta}{\pi}$<br>where the definition of phase $\theta$ follows the definition in *Section 5.3.1.1, Definition of inverter phase $\theta$* .<br>**NOTE:** In this equation, theta is in radians.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 21 and 164 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(c)] a capacitor circuit that comprises a bank of two or more capacitors and is operable to | The Satechi Qi2 Charger's Resonant Circuit comprises a bank of three capacitors and two switches.<br><br>The capacitors include $C_{tx1}$, $C_{tx2}$, and $C_{tx3}$. | <br><br>**Figure 5 - MPP PTx functional diagram.**<br>…<br><br><br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | The switches include S1 and S2. | **5.3.1 System Model**<br>Power transmitter power stage configuration is presented in Figure 96 and in Table 26.<br>• In BPP mode and during 128 kHz digital ping switches S1 and S2 are closed. See *Section 5.6, Digital Pings 128 kHz/360 kHz* .<br>• After MPP handshake, starting with the 360 kHz digital ping, PTx transfers to 360 kHz operation mode and will select $C_{tx}$ capacitor based on coupling estimation. Coupling estimation threshold, $C_{tx1}$ and $C_{tx2}$ are selected such that the phase delay between the voltage and phase fundamental tones is always higher than 20 degrees for inductive mode of operation and minimum power delivery is 15 W inside 2 mm cylinder. See *Section 5.7, K Estimation* .<br>• The system model PTx employs full-bridge converter with input voltage control and phase-shift control to regulate transmitted power. Whenever possible, the system model PTx prefers voltage control over phase control. See *Section 5.10, Power Transfer Control* .<br>• Operation frequency is fixed at 360 kHz, with no variable frequency operation.<br>• Impedance tuning circuit comprising $C_{tx1}$, $C_{tx2}$, $C_{tx3}$, S1 and S2 is controlled as described in Table 27.<br><br><br>**Figure 96 - PTx power stage block diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 134 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | | **5.3.1.2 PTx resonant capacitor selection**<br><br>In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see *Section 5.2.1.3, System model resonance tuning in MPP mode*<br><br>**Table 26 - PTx power stage capacitor switches configuration.**<br><br>S1 \| S2 \| Transmitter frequency \| Power transfer mode<br>closed \| closed \| 128 kHz \| Digital ping 128 kHz and power transfer<br>open \| open \| 360 kHz \| Digital ping 360 kHz and power transfer (low coupling)<br>closed \| open \| 360 kHz \| Digital ping 360 kHz and power transfer (high coupling)<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 135 |

**Table 26 - PTx power stage capacitor switches configuration.**

| S1 | S2 | Transmitter frequency | Power transfer mode |
|---|---|---|---|
| closed | closed | 128 kHz | Digital ping 128 kHz and power transfer |
| open | open | 360 kHz | Digital ping 360 kHz and power transfer (low coupling) |
| closed | open | 360 kHz | Digital ping 360 kHz and power transfer (high coupling) |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(c)(i)] receive the first AC signal, | As mentioned above, the Satechi Qi2 Charger's Inverter sends the first AC power signal to the Satechi Qi2 Charger's Resonant Circuit. |  <br>**Figure 5 - MPP PTx functional diagram.**<br>...<br> <br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(c)(ii)] receive a second control signal that indicates a configuration state of the bank of two or more capacitors,<br><br>[1(c)(iii)] configure the bank of two or more capacitors in accordance with the second control signal, and<br><br>(iv) tune the first AC signal with the bank of two or more capacitors and thereby produce a second AC signal; | The Satechi Qi2 Charger's Resonant Circuit receives a second control signal (a "Power Profile Signal") that indicates the Resonant Circuit's configuration state.<br><br>The Resonant Circuit's capacitors ($C_{tx1}$, $C_{tx2}$, and $C_{tx3}$) and switches (S1 and S2) are selected based on the Power Profile Signal.<br><br>As seen on the right, the Resonant Circuit is "controlled as described in Table 27," (cited on the next page) which describes the different Power Profile Signals.<br><br>The first AC power signal is tuned in accordance with the configured Resonant Circuit to produce a second AC signal (a "modified AC power signal").<br><br>The Power Profile Signal indicates whether the Satechi Qi2 Charger should | **5.3.1 System Model**<br><br>Power transmitter power stage configuration is presented in Figure 96 and in Table 26.<br><br>• In BPP mode and during 128 kHz digital ping switches S1 and S2 are closed. See *Section 5.6, Digital Pings 128 kHz/360 kHz* .<br>• After MPP handshake, starting with the 360 kHz digital ping, PTx transfers to 360 kHz operation mode and will select $C_{tx}$ capacitor based on coupling estimation. Coupling estimation threshold, $C_{tx1}$ and $C_{tx2}$ are selected such that the phase delay between the voltage and phase fundamental tones is always higher than 20 degrees for inductive mode of operation and minimum power delivery is 15 W inside 2 mm cylinder. See *Section 5.7, K Estimation* .<br>• The system model PTx employs full-bridge converter with input voltage control and phase-shift control to regulate transmitted power. Whenever possible, the system model PTx prefers voltage control over phase control. See *Section 5.10, Power Transfer Control* .<br>• Operation frequency is fixed at 360 kHz, with no variable frequency operation.<br>• Impedance tuning circuit comprising $C_{tx1}$, $C_{tx2}$, $C_{tx3}$, S1 and S2 is controlled as described in Table 27.<br><br><br><br><br>**Figure 96 - PTx power stage block diagram.**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 134 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | operate in Baseline Power Profile ("BPP") Mode, Low Coupling MPP Mode, or High Coupling MPP Mode.<br><br>In BPP Mode, $C_{tx1}$, $C_{tx2}$, and $C_{tx3}$ are selected, S1 and S2 are closed, and the Qi2 Charger operates at 128kHz.<br><br>In Low Coupling MPP Mode, $C_{tx1}$ is selected, S1 and S2 are open, and the Satechi Qi2 Charger operates at 360kHz.<br><br>In High Coupling MPP Mode, $C_{tx1}$ and $C_{tx2}$ are selected, S1 is closed, S2 is open, and the Satechi Qi2 Charger operates at 360kHz.<br><br>"High" or "low" coupling is based on the calculated K Estimation value ($K_{est}$). | (see evidence below) |

**5.3.1.2 PTx resonant capacitor selection**

In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see *Section 5.2.1.3, System model resonance tuning in MPP mode*

**Table 26 - PTx power stage capacitor switches configuration.**

| S1 | S2 | Transmitter frequency | Power transfer mode |
|---|---|---|---|
| closed | closed | 128 kHz | Digital ping 128 kHz and power transfer |
| open | open | 360 kHz | Digital ping 360 kHz and power transfer (low coupling) |
| closed | open | 360 kHz | Digital ping 360 kHz and power transfer (high coupling) |

* "High" coupling and "low" coupling is determined by the k estimation stage (See *Section 5.7, K Estimation* ) which is performed in the digital ping phase. The value of k separating low and high coupling is given in the Table 27.

**Table 27 - PTx electrical properties (system model), during power transfer.**

| | Value |
|---|---|
| Input voltage range | 11 V - 19 V (MPT#1)<br>11 V - 25 V (MPT#2)<br>Capped at 18 V in low-k mode (See *Section 5.9.2.3.4, Low-k Mode* ) |
| Amplitude modulation resolution | 30 mV |
| Duty cycle | 50% |
| Max Vin with phase shift control | 11 V |
| θ (PTx inverter phase shift) control range | 0- 50 degrees |
| θ (PTx inverter phase shift) control resolution | 0.5 degrees |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}$ at high coupling ≥ 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 101 nF (96-106 nF) |
| Primary coil tuning capacitor $C_{tx1}$ at low coupling < 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 68 nF (64.6-71.4 nF) |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}+C_{tx3}$ (BPP mode, see Table 26) | 491 nF (466.7-515.5 nF) |

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 135 and 136

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | | **5.7 K Estimation**<br><br>**5.7.1 System Model**<br><br>**5.7.1.1 Need For K Estimation**<br><br>In MPP systems, PTx and PRx collaboratively estimate the inductive coupling factor, $k_i$:<br>$$k_i = \frac{M'}{\sqrt{L'_{TX} L'_{RX}}}$$<br>where $M'$ is the mutual inductance.<br><br>In MPP, the calculation of the estimated inductive coupling factor, $K_{est}$, takes place in PTx. The potential use cases for $K_{est}$ include:<br><br>1. Selection of $C_{TX}$ for 360 kHz operation (to deliver the full power and having ZVS)<br><br>...<br><br>**5.7.1.2 Kest Calculation Formula**<br><br>The equation to estimate $k_i$ is as follows:<br>$$K_{est} = E_0 \cdot p + E_1$$<br>where:<br>$$p = \frac{V_{rect}}{VCTX_PP + V_{in}}$$<br>$V_{rect}$: The Digital Ping voltage reported by RX<br><br>$V_{in}$: the measured dc voltage to the inverter<br><br>VCTX_PP: is the measured peak to peak CTX voltage<br><br>The $K_{est}$ formula is fit over a preferential k range from 0.72 to 0.88, i.e., $E_0$ and $E_1$ are chosen to be most accurate in this range. See *Section 5.7.1.2.1, E0 and E1 Fit Example* for an example.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 150 and 151 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(d)] a transmission antenna that is operable to<br><br>[1(d)(i)] receive the second AC signal and<br><br>[1(d)(ii)] based on the second AC signal, produce a wireless power signal for receipt by at least one receiver antenna of at least one wireless power receiver; and | The Satechi Qi2 Charger's Resonant Circuit sends the modified AC power signal to the Satechi Qi2 Charger's PTx Wireless Charging Coil. This is so that power can be wirelessly transferred to the receiving device's PRx Wireless Charging Coil. | <br><br>Figure 5 - MPP PTx functional diagram.<br>…<br><br><br>Figure 7 - MPP PRx functional diagram.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 19 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | | <br>**Figure 121 - System Model for FSK Transmitter .**<br>**5.10.2.1.1 System-level block diagrams**<br><br>**Figure 111 - High-level hardware block diagram**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 166 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(e)] at least one controller comprising:<br><br>[1(e)(i)] at least one processor;<br><br>[1(e)(ii) at least one non-transitory machine-readable medium; and<br><br>[1(e)(iii)] executable code stored on the at least one non-transitory machine-readable medium that, when executed by the at least one processor, causes the at least one controller to: | A Satechi Qi2 Charger includes at least one controller (e.g., the Satechi Qi2 Charger's PTx Control Unit) that is comprised of at least one processor, at least one non-transitory machine-readable medium, and executable code stored therein that, when executed by the processor, causes the PTx Control Unit to operate as described below.<br><br>The Satechi Qi2 Charger performs various functions– including those described below– via software ("Qi2 Software"), which necessitates the presence of these limitations.<br><br>As seen on the right, the "control circuits" (e.g., the PTx Control Unit) enables various communications necessary for the wireless transfer of power between the Satechi Qi2 Charger's and the receiver device (e.g., a smartphone). | <br>**Figure 5 - MPP PTx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18<br><br>The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(e)(iii)(A)] define the configurable frequency of the drive signal; | The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to define the Frequency Command.<br><br>The PTx Control Unit enables the PTx and PRx to send information to each other by "modulating the power signal, a form of in-band communications."<br><br>These in-band communications include the FSK performed by the Satechi Qi2 Charger's FSK Modulator.<br><br>As seen on the right, the PTx Control Unit sends a signal to the FSK Modulator, which then proceeds to transmit the Frequency Command to the Satechi Qi2 Charger's Inverter.<br><br>As mentioned before, the Frequency Command is defines configurable | The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13<br><br><br><br>**Figure 5 - MPP PTx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
| --- | --- | --- |
| | operating frequencies (e.g., 128kHz and 360kHz operating modes). | <br><br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 1</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td></td><td></td><td>

**6.2 Frequency Shift Keying (PTx to PRx)**

The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:

<table>
<tr><th rowspan="2">Parameter</th><th colspan="2">Value</th></tr>
<tr><th>MPP<br>(128 kHz digital ping)</th><th>MPP<br>(360 kHz ramp up ping and power transfer)</th></tr>
<tr><td>Power Frequency ($F_{op}$)</td><td>127.772 kHz</td><td>360 kHz</td></tr>
<tr><td>Modulation Frequency ($F_{mod}$)</td><td>125.435 kHz</td><td>366.412 kHz</td></tr>
</table>

...

**6.2.1 System Model**

**6.2.1.1 FSK Modulator (PTx)**

The system model FSK transmitter is presented in Figure 121. In general, Power Transmitter varies its operating frequency to transmit data to the Power Receiver.

When operating at 128 kHz, the PTx performs FSK modulation by switching between the nominal operating frequency, $F_{OP}$, of 127.772 kHz and the modulated frequency, $F_{MOD}$, of 125.435 kHz.

When operating at 360 kHz:

- the PTx performs FSK modulation by switching between the nominal operating frequency, $F_{OP}$, of 360 kHz and the modulated frequency, $F_{MOD}$, of 366.412 kHz
- frequency dithering is used, with a repetition length of 16 power frequency cycles and a deviation of -7 kHz to +7 kHz
- the frequency dithering deviation is larger than the FSK modulation depth
- $F_{OP}$ and $F_{MOD}$ values are the averages measured over a period of 16 cycles

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181

</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(e)(iii)(B)] define the configurable voltage level of the supply voltage signal; | The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to define the value of $V_{in}$.<br><br>The PTx Control Unit enables the PTx and PRx to "exchange information about the power transfer. For example at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use."<br><br>As seen on the right, the PTx Control Unit "controls the power by adjusting the voltage" based on data received from the PRx."<br><br>This includes the PTx Control Unit sending the first control signal to the Satechi Qi2 Charger's Variable Voltage Supply. The first control signal defines the value of $V_{in}$ | The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13<br><br><br><br>**Figure 5 - MPP PTx functional diagram.**<br><br>...<br><br>**5.10.2.2.1 PTx Control**<br><br>With inverter frequency fixed, PTx controls the power by adjusting the voltage applied to the inductive ac link based on the XCE packets from PRx. This can be achieved by either<br>• (Vin control mode) adjusting the inverter input voltage Vin to the inverter between VIN_MIN and VIN_MAX, or<br>• (phase control mode) adjusting the inverter phase θ (see *Section 5.3.1.1, Definition of inverter phase θ*) between PHASE_MIN and PHASE_MAX.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16, 18, and 168 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 1</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>[1(e)(iii)(C)] define the configuration state of the bank of two or more capacitors;</td>
<td>The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to define the Satechi Qi2 Charger's Resonant Circuit's configuration state.<br><br>The PTx Control Unit enables the PTx and PRx to "exchange information about the power transfer."<br><br>Power is transferred in accordance with the Power Profile Signal, which causes the Resonant Circuit to be configured in accordance with a power profile, such as BPP Mode, Low Coupling MPP Mode, or High Coupling MPP Mode.<br><br>Each power transfer mode has a defined Resonant Circuit configuration state that defines which capacitor(s) ($C_{tx1}$, $C_{tx2}$, and $C_{tx3}$) and switch(es) (S1 and S2) are selected.</td>
<td>The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as backscatter modulation, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as amplitude shift-keying (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as frequency shift-keying (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13<br><br>5.3.1.2 PTx resonant capacitor selection<br><br>In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see Section 5.2.1.3, System model resonance tuning in MPP mode<br><br>Table 26 - PTx power stage capacitor switches configuration.
<table>
<tr><th>S1</th><th>S2</th><th>Transmitter frequency</th><th>Power transfer mode</th></tr>
<tr><td>closed</td><td>closed</td><td>128 kHz</td><td>Digital ping 128 kHz and power transfer</td></tr>
<tr><td>open</td><td>open</td><td>360 kHz</td><td>Digital ping 360 kHz and power transfer (low coupling)</td></tr>
<tr><td>closed</td><td>open</td><td>360 kHz</td><td>Digital ping 360 kHz and power transfer (high coupling)</td></tr>
</table>
* "High" coupling and "low" coupling is determined by the k estimation stage (See Section 5.7, K Estimation ) which is performed in the digital ping phase. The value of k separating low and high coupling is given in the Table 27.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 135</td>
</tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 1</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td></td><td></td><td>

**5.3.1 System Model**

Power transmitter power stage configuration is presented in Figure 96 and in Table 26.

- In BPP mode and during 128 kHz digital ping switches S1 and S2 are closed. See *Section 5.6, Digital Pings 128 kHz/360 kHz* .
- After MPP handshake, starting with the 360 kHz digital ping, PTx transfers to 360 kHz operation mode and will select $C_{tx}$ capacitor based on coupling estimation. Coupling estimation threshold, $C_{tx1}$ and $C_{tx2}$ are selected such that the phase delay between the voltage and phase fundamental tones is always higher than 20 degrees for inductive mode of operation and minimum power delivery is 15 W inside 2 mm cylinder. See *Section 5.7, K Estimation* .
- The system model PTx employs full-bridge converter with input voltage control and phase-shift control to regulate transmitted power. Whenever possible, the system model PTx prefers voltage control over phase control. See *Section 5.10, Power Transfer Control* .
- Operation frequency is fixed at 360 kHz, with no variable frequency operation.
- Impedance tuning circuit comprising $C_{tx1}$ , $C_{tx2}$, $C_{tx3}$, S1 and S2 is controlled as described in Table 27.

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 134

**Table 27 - PTx electrical properties (system model), during power transfer.**

| | Value |
|---|---|
| Input voltage range | 11 V - 19 V (MPT#1)<br>11 V - 25 V (MPT#2)<br>Capped at 18 V in low-k mode (See *Section 5.9.2.3.4, Low-k Mode* ) |
| Amplitude modulation resolution | 30 mV |
| Duty cycle | 50% |
| Max Vin with phase shift control | 11 V |
| θ (PTx inverter phase shift) control range | 0- 50 degrees |
| θ (PTx inverter phase shift) control resolution | 0.5 degrees |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}$ at high coupling ≥ 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 101 nF (96-106 nF) |
| Primary coil tuning capacitor $C_{tx1}$ at low coupling < 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 68 nF (64.6-71.4 nF) |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}+C_{tx3}$ (BPP mode, see Table 26) | 491 nF (466.7-515.5 nF) |

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 135 and 136

</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(e)(iii)(D)] provide the first control signal to the voltage regulator that indicates the configurable voltage level of the supply voltage signal; and | The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to provide the first control signal to the Satechi Qi2 Charger's Variable Voltage Supply.<br><br>As mentioned above, the PTx Control Unit enables the PTx and PRx to "exchange information about the power transfer.<br><br>For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use."<br><br>As seen on the right, the PTx Control Unit "controls the power by adjusting the voltage" based on data received from the PRx."<br><br>This includes the PTx Control Unit sending the first control signal to the Satechi Qi2 Charger's Variable Voltage Supply. The first control signal defines the value of $V_{in}$ | The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13<br><br><br><br>**Figure 5 - MPP PTx functional diagram.**<br>...<br>**5.10.2.2.1 PTx Control**<br>With inverter frequency fixed, PTx controls the power by adjusting the voltage applied to the inductive ac link based on the XCE packets from PRx. This can be achieved by either<br>• (Vin control mode) adjusting the inverter input voltage Vin to the inverter between VIN_MIN and VIN_MAX, or<br>• (phase control mode) adjusting the inverter phase θ (see *Section 5.3.1.1, Definition of inverter phase θ* ) between PHASE_MIN and PHASE_MAX.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16, 18, and 168 |

<table>
<tr><th>Claim 1</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td>[1(e)(iii)(E)] provide the second control signal to the capacitor circuit that indicates the configuration state of the bank of two or more capacitors.</td><td>The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to provide the Power Profile Signal to the Satechi Qi2 Charger's Resonant Circuit.<br><br>The PTx Control Unit enables the PTx and PRx to "exchange information about the power transfer."<br><br>As mentioned above, the Satechi Qi2 Charger is configured to operate in a variety of power profiles, such as BPP Mode, Low Coupling MPP Mode, or High Coupling MPP Mode.<br><br>The PTx Control Unit must necessarily provide the appropriate Power Profile Signal to the Resonant Circuit so that the Resonant Circuit can be configured accordingly.</td><td>The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as backscatter modulation, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as amplitude shift-keying (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as frequency shift-keying (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13<br><br>4.2 Power Profiles<br>A power profile defines a set of mandatory and optional features that determine the compliance properties exposed at an active area of a PTx product, a PRx product, or a magnetic cover. Table 1 defines the available PTx Power Profiles. Table 2 defines the available PRx Power Profiles. Table 3 defines the available Magnetic Cover Power Profiles.<br><br>Table 1 - PTx Power Profiles<br>
<table>
<tr><th rowspan="2">Feature</th><th colspan="5">PTx Power Profiles</th></tr>
<tr><th>BPP</th><th>EPP5</th><th>EPP</th><th>MPP</th><th>APP</th></tr>
<tr><td>Load Power Level</td><td>5 W</td><td>5 W</td><td>8/12/15 W</td><td>15 W</td><td>15 W</td></tr>
<tr><td>Magnetic Attachment</td><td>no</td><td>no</td><td>no</td><td>yes</td><td>no</td></tr>
<tr><td>Active Alignment</td><td>option</td><td>option</td><td>option</td><td>no</td><td>yes</td></tr>
<tr><td>Baseline Protocol</td><td>yes</td><td>yes</td><td>yes</td><td>yes</td><td>yes</td></tr>
<tr><td>Extended Protocol</td><td>no</td><td>yes</td><td>yes</td><td>option</td><td>option</td></tr>
<tr><td>Magnetic Protocol</td><td>no</td><td>no</td><td>no</td><td>yes</td><td>yes</td></tr>
<tr><td>Authentication</td><td>no</td><td>option</td><td>yes</td><td>yes</td><td>yes</td></tr>
</table>
Source: Sept. 17, 2024 Qi 2.1 Spec (Power Delivery) pg. 9</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | | **5.3.1.2 PTx resonant capacitor selection**<br><br>In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see *Section 5.2.1.3, System model resonance tuning in MPP mode*<br><br>**Table 26 - PTx power stage capacitor switches configuration.**<br><br>(see table below)<br><br>* "High" coupling and "low" coupling is determined by the k estimation stage (See *Section 5.7, K Estimation* ) which is performed in the digital ping phase. The value of k separating low and high coupling is given in the Table 27.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 135 |

| S1 | S2 | Transmitter frequency | Power transfer mode |
|---|---|---|---|
| closed | closed | 128 kHz | Digital ping 128 kHz and power transfer |
| open | open | 360 kHz | Digital ping 360 kHz and power transfer (low coupling) |
| closed | open | 360 kHz | Digital ping 360 kHz and power transfer (high coupling) |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 3</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>The wireless power transmitter of claim 1, wherein the configurable frequency of the drive signal is selected from a set of different operating frequencies comprising at least a first operating frequency and a second operating frequency.</td>
<td>Satechi Qi2 Chargers infringe claim 3 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>The Frequency Command's frequency is selected from a set of at least two different operating frequencies (e.g., 128kHz and 360kHz).</td>
<td>



**Figure 121 - System Model for FSK Transmitter .**

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 182

**6.2 Frequency Shift Keying (PTx to PRx)**

The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:

<table>
<tr><th rowspan="2">Parameter</th><th colspan="2">Value</th></tr>
<tr><th>MPP<br>(128 kHz digital ping)</th><th>MPP<br>(360 kHz ramp up ping and power transfer)</th></tr>
<tr><td>Power Frequency ($F_{op}$)</td><td>127.772 kHz</td><td>360 kHz</td></tr>
<tr><td>Modulation Frequency ($F_{mod}$)</td><td>125.435 kHz</td><td>366.412 kHz</td></tr>
</table>

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181
</td>
</tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 4</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>[4(Preamble)] The wireless power transmitter of claim 3, wherein:<br><br>[4(a)] the first operating frequency is a frequency within a given frequency range of about 110 kilohertz (kHz) to about 205 kHz; and<br><br>[4(b)] the second operating frequency is a frequency that is outside of the given frequency range.</td>
<td>Qi2 Chargers infringe claim 4 because they comprise the wireless power transmitter of claim 3, with the additional limitation(s) described below.<br><br>The first operating frequency (e.g., 128kHz) is within the frequency range of about 110-205kHz.<br><br>The second operating frequency (e.g., 360Hz) is outside the frequency range of about 110-205kHz.</td>
<td>




**Figure 121 - System Model for FSK Transmitter .**

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 182

**6.2 Frequency Shift Keying (PTx to PRx)**

The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:

<table>
<tr><th rowspan="2">Parameter</th><th colspan="2">Value</th></tr>
<tr><th>MPP<br>(128 kHz digital ping)</th><th>MPP<br>(360 kHz ramp up ping and power transfer)</th></tr>
<tr><td>Power Frequency ($F_{op}$)</td><td>127.772 kHz</td><td>360 kHz</td></tr>
<tr><td>Modulation Frequency ($F_{mod}$)</td><td>125.435 kHz</td><td>366.412 kHz</td></tr>
</table>

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181

</td>
</tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 5</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>The wireless power transmitter of claim 4, wherein the frequency that is outside of the given frequency range comprises a frequency that is higher than the given frequency range.</td>
<td>Satechi Qi2 Chargers infringe claim 5 because they comprise the wireless power transmitter of claim 4, with the additional limitation(s) described below.<br><br>The first operating frequency (e.g., 128kHz) is within the frequency range of about 110-205kHz.<br><br>The second operating frequency (e.g., 360Hz) is outside—and higher than—the frequency range of about 110-205kHz.</td>
<td>




**Figure 121 - System Model for FSK Transmitter .**

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 182

**6.2 Frequency Shift Keying (PTx to PRx)**

The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:

<table>
<tr><th rowspan="2">Parameter</th><th colspan="2">Value</th></tr>
<tr><th>MPP<br>(128 kHz digital ping)</th><th>MPP<br>(360 kHz ramp up ping and power transfer)</th></tr>
<tr><td>Power Frequency ($F_{op}$)</td><td>127.772 kHz</td><td>360 kHz</td></tr>
<tr><td>Modulation Frequency ($F_{mod}$)</td><td>125.435 kHz</td><td>366.412 kHz</td></tr>
</table>

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181

</td>
</tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 6 | Analysis | Select Evidence |
|---|---|---|
| The wireless power transmitter of claim 1, wherein the capacitor circuit further comprises switching circuitry for controlling a connection state of at least a subset of the two or more capacitors in the bank. | Satechi Qi2 Chargers infringe claim 6 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>As mentioned above, the Satechi Qi2 Charger's Resonant Circuit is comprised of three capacitors ($C_{tx1}$, $C_{tx2}$, and $C_{tx3}$) and two switches (S1 and S2).<br><br>The switches (S1 and S2) comprise the claimed switching circuitry.<br><br>Figure 96 represents S1 and S2 with a "Single-pole, single-throw (SPST) Switch Symbol." SPST switches control the "current flow in a single path, with one input and one output connection. When SPST is closed, the circuit is complete, allowing the current to flow through. On the other hand, the circuit is interrupted when SPST is open, prevent the flow of the current." | **5.3.1 System Model**<br>Power transmitter power stage configuration is presented in Figure 96 and in Table 26.<br>• In BPP mode and during 128 kHz digital ping switches S1 and S2 are closed. See *Section 5.6, Digital Pings 128 kHz/360 kHz* .<br>• Impedance tuning circuit comprising $C_{tx1}$, $C_{tx2}$, $C_{tx3}$, S1 and S2 is controlled as described in Table 27.<br><br>**Figure 96 - PTx power stage block diagram.**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 134<br><br>**Types of Electrical Switch Symbols**<br>Following are the types of electrical switch symbols that you must be aware of. Most of them are being used as touch switches in modern devices.<br><br>**Single-pole, single-throw (SPST) Switch Symbol**<br><br>A single-pole, single-throw (SPST) switch controls the current flow in a single path, with one input and one output connection. When SPST is closed, the circuit is complete, allowing the current to flow through. On the other hand, the circuit is interrupted when SPST is open, preventing the flow of the current.<br>The SPST switch is commonly used for basic on/off applications, where simple control over the circuit is required. It is represented by a single line in electrical circuit diagrams, indicating the current path when the switch is closed.<br><br>Source: https://www.langir.com/news/electrical-switch-symbols/ |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 6</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td></td><td></td><td>
5.3.1.2 PTx resonant capacitor selection<br><br>
In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see Section 5.2.1.3, System model resonance tuning in MPP mode<br><br>
Table 26 - PTx power stage capacitor switches configuration.<br>
<table>
<tr><th>S1</th><th>S2</th><th>Transmitter frequency</th><th>Power transfer mode</th></tr>
<tr><td>closed</td><td>closed</td><td>128 kHz</td><td>Digital ping 128 kHz and power transfer</td></tr>
<tr><td>open</td><td>open</td><td>360 kHz</td><td>Digital ping 360 kHz and power transfer<br>(low coupling)</td></tr>
<tr><td>closed</td><td>open</td><td>360 kHz</td><td>Digital ping 360 kHz and power transfer<br>(high coupling)</td></tr>
</table>
Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 135
</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 7 | Analysis | Select Evidence |
|---|---|---|
| The wireless power transmitter of claim 6, wherein the switching circuitry comprises at least (i) a first switch for controlling a connection state of at least a first capacitor in the bank and (ii) a second switch for controlling a connection state of at least a second capacitor in the bank. | Satechi Qi2 Chargers infringe claim 7 because they comprise the wireless power transmitter of claim 6, with the additional limitation(s) described below.<br><br>The Satechi Qi2 Charger's switches (S1 and S2) control the connection states of two different capacitors ($C_{tx2}$, and $C_{tx3}$).<br><br>It can be seen in Figure 96 that S1 controls the current flow from $C_{tx2}$ and S2 controls the current flow from $C_{tx3}$.<br><br>In BPP Mode, S1 and S2 are closed, meaning that | **5.3.1 System Model**<br>Power transmitter power stage configuration is presented in Figure 96 and in Table 26.<br>• In BPP mode and during 128 kHz digital ping switches S1 and S2 are closed. See *Section 5.6, Digital Pings 128 kHz/360 kHz* .<br>• Impedance tuning circuit comprising $C_{tx1}$, $C_{tx2}$, $C_{tx3}$, S1 and S2 is controlled as described in Table 27.<br><br>**Figure 96 - PTx power stage block diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 134<br>**Types of Electrical Switch Symbols**<br>Following are the types of electrical switch symbols that you must be aware of. Most of them are being used as touch switches in modern devices.<br>**Single-pole, single-throw (SPST) Switch Symbol**<br>**Single Pole Single Throw Switch**<br><br>A single-pole, single-throw (SPST) switch controls the current flow in a single path, with one input and one output connection. When SPST is closed, the circuit is complete, allowing the current to flow through. On the other hand, the circuit is interrupted when SPST is open, preventing the flow of the current.<br>The SPST switch is commonly used for basic on/off applications, where simple control over the circuit is required. It is represented by a single line in electrical circuit diagrams, indicating the current path when the switch is closed.<br>Source: https://www.langir.com/news/electrical-switch-symbols/ |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 7</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td></td><td>current flows through $C_{tx1}$, $C_{tx2}$, and $C_{tx3}$.<br><br>In Low Coupling MPP Mode, S1 and S2 are open, meaning that current only flows through $C_{tx1}$.<br><br>In High Coupling MPP Mode, S1 is closed and S2 is open, meaning that current only flows through $C_{tx1}$ and $C_{tx2}$.</td><td>See evidence below.</td></tr>
</table>

**5.3.1.2 PTx resonant capacitor selection**

In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see *Section 5.2.1.3, System model resonance tuning in MPP mode*

**Table 26 - PTx power stage capacitor switches configuration.**

| S1 | S2 | Transmitter frequency | Power transfer mode |
|---|---|---|---|
| closed | closed | 128 kHz | Digital ping 128 kHz and power transfer |
| open | open | 360 kHz | Digital ping 360 kHz and power transfer (low coupling) |
| closed | open | 360 kHz | Digital ping 360 kHz and power transfer (high coupling) |

* "High" coupling and "low" coupling is determined by the k estimation stage (See *Section 5.7, K Estimation* ) which is performed in the digital ping phase. The value of k separating low and high coupling is given in the Table 27.

**Table 27 - PTx electrical properties (system model), during power transfer.**

| | Value |
|---|---|
| Input voltage range | 11 V - 19 V (MPT#1)<br>11 V - 25 V (MPT#2)<br>Capped at 18 V in low-k mode (See *Section 5.9.2.3.4, Low-k Mode* ) |
| Amplitude modulation resolution | 30 mV |
| Duty cycle | 50% |
| Max Vin with phase shift control | 11 V |
| θ (PTx inverter phase shift) control range | 0- 50 degrees |
| θ (PTx inverter phase shift) control resolution | 0.5 degrees |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}$ at high coupling ≥ 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 101 nF (96-106 nF) |
| Primary coil tuning capacitor $C_{tx1}$ at low coupling < 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 68 nF (64.6-71.4 nF) |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}+C_{tx3}$ (BPP mode, see Table 26) | 491 nF (466.7-515.5 nF) |

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 135 and 136

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 8 | Analysis | Select Evidence |
| --- | --- | --- |
| The wireless power transmitter of claim 7, wherein the capacitor circuit is operable to configure the bank of two or more capacitors in accordance with the second control signal by switching one or both of the first switch or the second switch in order to place the bank of two or more capacitors into the configuration state indicated by the second control signal. | Satechi Qi2 Chargers infringe claim 8 because they comprise the wireless power transmitter of claim 7, with the additional limitation(s) described below.<br><br>At least one of the Satechi Qi2 Charger's switches can be switched in order to place the Satechi Qi2 Charger's capacitors in the configuration specified by the Power Profile Signal.<br><br>The switches (S1 and S2) control the connection states of two different capacitors ($C_{tx2}$, and $C_{tx3}$).<br><br>It can be seen in Figure 96 that S1 controls the current flow from $C_{tx2}$ and S2 controls the current flow from $C_{tx3}$. | **5.3.1 System Model**<br>Power transmitter power stage configuration is presented in Figure 96 and in Table 26.<br>• In BPP mode and during 128 kHz digital ping switches S1 and S2 are closed. See *Section 5.6, Digital Pings 128 kHz/360 kHz* .<br>• Impedance tuning circuit comprising $C_{tx1}$, $C_{tx2}$, $C_{tx3}$, S1 and S2 is controlled as described in Table 27.<br><br>S1 and S2 represented with SPST switch symbols<br>**Figure 96 - PTx power stage block diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 134<br>**Types of Electrical Switch Symbols**<br>Following are the types of electrical switch symbols that you must be aware of. Most of them are being used as touch switches in modern devices.<br>**Single-pole, single-throw (SPST) Switch Symbol**<br>**Single Pole Single Throw Switch**<br><br>A single-pole, single-throw (SPST) switch controls the current flow in a single path, with one input and one output connection. When SPST is closed, the circuit is complete, allowing the current to flow through. On the other hand, the circuit is interrupted when SPST is open, preventing the flow of the current.<br>The SPST switch is commonly used for basic on/off applications, where simple control over the circuit is required. It is represented by a single line in electrical circuit diagrams, indicating the current path when the switch is closed.<br>Source: https://www.langir.com/news/electrical-switch-symbols/ |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 9 | Analysis | Select Evidence |
|---|---|---|
| The wireless power transmitter of claim 1, wherein the capacitor circuit serves as an impedance matching circuit. | Satechi Qi2 Chargers infringe claim 10 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>The Satechi Qi2 Charger's Resonant Circuit serves as an impedance matching/tuning circuit. | **5.3.1 System Model**<br>Power transmitter power stage configuration is presented in Figure 96 and in Table 26.<br>• In BPP mode and during 128 kHz digital ping switches S1 and S2 are closed. See *Section 5.6, Digital Pings 128 kHz/360 kHz* .<br>• Impedance tuning circuit comprising $C_{tx1}$, $C_{tx2}$, $C_{tx3}$, S1 and S2 is controlled as described in Table 27.<br><br>**Figure 96 - PTx power stage block diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 134 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 10 | Analysis | Select Evidence |
|---|---|---|
| [10(Preamble)] The wireless power transmitter of claim 1,<br><br>[10(a)] wherein the executable code that, when executed by the at least one processor, causes the at least one controller to define the configurable frequency of the drive signal comprises executable code that, when executed by the at least one processor, causes the at least one controller to:<br><br>[10(a)(i)] define the configurable frequency of the drive signal to be a first frequency; and | Satechi Qi2 Chargers infringe claim 10 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>As mentioned above, the Qi2 Software causes the Satechi Qi2 Charger's PTx Control Unit to define the Frequency Command.<br><br>The frequencies defined by the Frequency Command include 128kHz and 360kHz.<br><br>128kHz will be used as a non-limiting example of the claimed first frequency, and 360kHz will be used as a non-limiting example of the claimed second frequency. | The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13<br><br>**6.2 Frequency Shift Keying (PTx to PRx)**<br>The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:<br><br>**Parameter** \| **Value: MPP (128 kHz digital ping)** \| **Value: MPP (360 kHz ramp up ping and power transfer)**<br>Power Frequency ($F_{op}$) \| 127.772 kHz \| 360 kHz<br>Modulation Frequency ($F_{mod}$) \| 125.435 kHz \| 366.412 kHz<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 10 | Analysis | Select Evidence |
|---|---|---|
| [10(b)] wherein the at least one controller further comprises executable code that, when executed by the at least one processor, causes the at least one controller to:<br><br>[10(b)(i)] detect a trigger event for changing the configurable frequency of the drive signal; and<br><br>[10(b)(ii)] in response to detecting the trigger event, cause the configurable frequency of the drive signal to be changed from the first frequency to a second frequency. | The Qi2 Software further causes the PTx Control Unit to perform the below operations.<br><br>Initially, the Satechi Qi2 Charger's PTx Control Unit causes the Satechi Qi2 Charger to operate at 128kHz. During this time, a 128kHZ "ping phase" occurs.<br><br>The 128kHz ping phase is followed by a 128kHz configuration phase, during which the PTx Control Unit determines whether Satechi Qi2 Charger should continue operating at 128kHz or if it should change the operating frequency to 360kHz for MPP operations.<br><br>In this ping phase, the Satechi Qi2 Charger sends | **7.3 Magnetic Protocol - Full Mode**<br><br>As shown in Figure 15, the *magnetic protocol (full mode)* has five distinct phases: ping, configuration, negotiation, power, and cloak. The system runs through the ping, configuration, and negotiation phases twice, initially at an operating frequency of 128 kHz and after a restart at an operating frequency of 360 kHz.<br><br><br><br>A change in the operating frequency<br><br>**Figure 15 - Phases of magnetic protocol (full mode)**<br><br>• *Ping phase (128 kHz)*: This phase is identical to the ping phase of the baseline protocol.<br>• *Configuration phase (128 kHz)*:This phase is identical to the configuration phase of the baseline protocol but for two exceptions. At the end of the phase, the PTx uses a response pattern to acknowledge that it enters the negotiation phase of the magnetic protocol. This response pattern is different from the one used to enter the negotiation phase in the extended protocol. In addition, the PRx sends a signature identifying the configuration phase as part of the magnetic protocol. Hereto it uses a data packet that is optional in the baseline protocol.<br>• *Negotiation phase (128 kHz):* The PRx and PTx exchange a minimal sequence of questions and answers to prepare for a restart of the protocol, changing the operating frequency to 360 kHz.<br>• *Ping phase (360 kHz):* This phase is identical to the ping phase of the baseline protocol.<br>• Configuration phase (360 kHz). This phase is identical to the first pass through the configuration phase running at an operating frequency of 128 kHz.<br>• *Negotiation phase (360 kHz):* The PRx and PTx exchange a sequence of questions and answers to determine whether it is possible to transfer more power than contained in the default power transfer contract (i.e., a guaranteed load power level of 5 W). In addition, the PRx provides some design information to enable the PTx to improve its FOD performance. At the end of the negotiation phase, the PTx acknowledges a request from the PRx to proceed to the power phase.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 19 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 10 | Analysis | Select Evidence |
|---|---|---|
| | out 128kHz analog and digital pings to identify the receiving device.<br><br>The Satechi Qi2 Charger receives "Identification (ID)" and "Extended Identification (XID)" packets from the receiving device.<br><br>The ID packets indicate the Qi protocol version.<br><br>The XID packets identify whether the receiving device supports the MPP.<br><br>A receiving device supports the MPP if: (1) the ID packet indicates that the receiving device supports Qi2; and (2) the XID packet indicates that the receiving device supports the MPP.<br><br>The flow chart on the right shows the PTx Control Unit's decision making process during the 128kHz configuration phase. | **3.2.2 Startup Behavior**<br>An MPP-compatible Power Receiver shall start by sending the following sequence of packets during the ping/configuration phase.<br>1. Signal Strength (SIG)<br>2. Identification (ID)<br>3. Extended Identification (XID)<br>4. Power Control Hold-Off (PCH) - *Optional*<br>5. Configuration Packet (CFG)<br><br>The packets shall contain the MPP identifiers as described in this section to allow an MPP-compatible Power Transmitter to identify the Power Receiver.<br>...<br>**3.3.3 Startup Behavior**<br>After detecting PRx placement on the charging surface, MPP PTx shall perform digital ping and identify the Power Receiver using the information embedded in ID and XID packets as described in *Section 3.2.2, Startup Behavior*.<br><br>From the Power Transmitter's 's perspective, a PRx supports MPP if both of the following conditions are satisfied:<br>1. **Qi Version:** Qi protocol version in ID packet (*Section 3.2.2, Startup Behavior*) is set to (Major=2, Minor=0) or higher.<br>2. **MPP Support Advertised:** Sub-header (byte 0) in XID packet is set to MPP selector (*Section 8.1.20, Qi MPP Extended Identification - MPP-XID (0x81)*)<br><br>If the conditions are not satisfied, the Power Transmitter shall proceed to the next phase according to the Qi specifications.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pg. 22 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 10 | Analysis | Select Evidence |
|---|---|---|
| | It can be seen that the operating frequency is initially set to 128kHz for the ping phase.<br><br>The PTx Control Unit receives the ID/XID packets from the receiving device.<br><br>If XID packets indicate that the receiving device does not support the MPP, the PTx Control Unit keeps the Satechi Qi2 Charger operating at 128kHz ("Proceed as non-MPP Qi v.1x PTx").<br><br>If XID packets indicate that the receiving device supports the MPP, the PTx Control Unit proceeds down the decision making tree.<br><br>The claimed "trigger event" can comprise two different steps in the decision making process, each of which are independently sufficient.<br><br>The first potential "trigger event" occurs when the PTx Control Unit determines, from the XID packets, that the receiving device wishes to operate under the MPP's "Restricted Mode." In this scenario, the PTx Control Unit sets the operating frequency to 360kHz and the decision making | <br>**Figure 9 - MPP Power Transmitter Configuration Phase Decision Tree Flow - 128 kHz ping**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pg. 24 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 10 | Analysis | Select Evidence |
|---|---|---|
| | process continues onto a 360kHz digital ping flow. The PTx Control Unit can ultimately decide to still proceed to the MPP negotiation phase (described below).<br><br>The second potential "trigger event" occurs when the PTx Control Unit determines that the receiving device wishes to operate under the MPP's "Full Mode."<br><br>The PTx Control Unit proceeds to the MPP negotiation phase. The PTx Control Unit sets the operating frequency to 360kHz when in the MPP negotiation phase. | **4.3.3 Frequency Selection**<br>PRx shall select a new operating frequency (360 kHz) using *SRQ/freqsel* (*Section 8.1.4, Specific Request [Frequency Selection] - SRQ/freqsel (0x20)*).<br><br>After selecting the new frequency and terminating the negotiation using *SRQ/en*, PRx shall request a re-ping using *EPT/rep* to allow PTx to activate the new selected frequency.<br><br>1. *EPT/rep* will cause the PTx to remove the power signal, change the operating frequency to the selected value and reset the power contract elements.<br><br>…<br><br>**4.4 Negotiation Phase - 360 kHz**<br>PRx shall use the 360 kHz negotiation phase to negotiate the required power contract elements before entering power transfer phase.<br><br>…<br><br><br><br>**Figure 16 - MPP Power Negotiation Flow at 360 kHz**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pgs. 33-35 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 11 | Analysis | Select Evidence |
|---|---|---|
| [11(Preamble)] The wireless power transmitter of claim 1,<br><br>[11(Preamble)(a)] wherein the executable code that, when executed by the at least one processor, causes the at least one controller to define the configurable voltage level of the supply voltage signal comprises executable code that, when executed by the at least one processor, causes the at least one controller to:<br><br>[11(Preamble)(a)(i)] define the configurable voltage level of the supply voltage signal to be a first voltage level; and | Satechi Qi2 Chargers infringe claim 11 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>As mentioned above, the Qi2 Software causes the Satechi Qi2 Charger's PTx Control Unit to define the value of $V_{in}$.<br><br>The defined values of $V_{in}$ include 11V and 11.5V. 11V will be used as a non-limiting example of the claimed first voltage level, and 11.5V will be used as a non-limiting example of the claimed second voltage level.<br><br>As seen on the right, the "InverterConfig" identifier indicates whether $V_{in}$ should be set to 11v or 11.5V.<br><br>The PTx Control Unit receives the InverterConfig value during the digital ping phases. | The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13<br><br>**5.6.1.4 Identification Sequence**<br>A successful digital ping stage in the MPP system model always contain multiple identification sequences as its building block. An identification sequence is summarized by the flowchart in Figure 99<br>• An identification sequence takes an *InverterConfig* input, which describes how to operate the inverter: frequency, duty cycle and/or phase.<br>...<br>**5.6.2 Specifications**<br>**5.6.2.1 PTx Digital Ping Specifications**<br>PTx Digital Ping specifications include identification sequence with:<br>• InverterConfig == "128_HB_Low" (128 kHz Ping HB_Low)<br>• InverterConfig == "360_FB" (360 kHz Ping FB)<br>These inverter configurations are necessary for a successful digital ping between an MPP PTx and MPP PRx.<br>...<br>**5.6.2.2 PTx Digital Ping Specifications - 128 kHz Ping HB_Low**<br>**5.6.2.2.1 PTx DP 128 kHz HB_Low Spec 1**<br>PTx shall ensure its $V_{inv}$ settles to 11.5 V<br>...<br>**5.6.2.3 PTx Digital Ping Specifications - 360 kHz Ping FB**<br>**5.6.2.3.1 PTx DP 360 kHz FB Spec 1**<br>PTx shall ensure its $V_{in}$ is stable at 11 V.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 141, 144-45 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 11 | Analysis | Select Evidence |
|---|---|---|
| [10(b)] wherein the at least one controller further comprises executable code that, when executed by the at least one processor, causes the at least one controller to:<br><br>[10(b)(i)] detect a trigger event for changing the configurable voltage level of the supply voltage signal; and<br><br>[10(b)(ii)] in response to detecting the trigger event, provide a third control signal to the voltage regulator to indicate that the configurable voltage level of the supply voltage signal is to be changed to a second voltage level. | The Qi2 Software further causes the Satechi Qi2 Charger's PTx Control Unit to perform the below operations.<br><br>The operations include the ping, configuration, and negotiation phases that are explained in claim 10.<br><br>The PTx Control Unit can change the $V_{in}$ in response | **7.3 Magnetic Protocol - Full Mode**<br>As shown in Figure 15, the *magnetic protocol (full mode)* has five distinct phases: ping, configuration, negotiation, power, and cloak. The system runs through the ping, configuration, and negotiation phases twice, initially at an operating frequency of 128 kHz and after a restart at an operating frequency of 360 kHz.<br><br><br>**Figure 15 - Phases of magnetic protocol (full mode)**<br>• *Ping phase (128 kHz)*: This phase is identical to the ping phase of the baseline protocol.<br>• *Configuration phase (128 kHz):*This phase is identical to the configuration phase of the baseline protocol but for two exceptions. At the end of the phase, the PTx uses a response pattern to acknowledge that it enters the negotiation phase of the magnetic protocol. This response pattern is different from the one used to enter the negotiation phase in the extended protocol. In addition, the PRx sends a signature identifying the configuration phase as part of the magnetic protocol. Hereto it uses a data packet that is optional in the baseline protocol.<br>• *Negotiation phase (128 kHz):* The PRx and PTx exchange a minimal sequence of questions and answers to prepare for a restart of the protocol, changing the operating frequency to 360 kHz.<br>• *Ping phase (360 kHz):* This phase is identical to the ping phase of the baseline protocol.<br>• Configuration phase (360 kHz). This phase is identical to the first pass through the configuration phase running at an operating frequency of 128 kHz.<br>• *Negotiation phase (360 kHz):* The PRx and PTx exchange a sequence of questions and answers to determine whether it is possible to transfer more power than contained in the default power transfer contract (i.e., a guaranteed load power level of 5 W). In addition, the PRx provides some design information to enable the PTx to improve its FOD performance. At the end of the negotiation phase, the PTx acknowledges a request from the PRx to proceed to the power phase.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 19 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 11</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td></td><td>to Extended Control Error ("XCE") packets collected from the receiving device.<br><br>The flow chart on the right shows the PTx Control Unit's InverterConfig decision making process</td><td>

**5.10.2.2.1 PTx Control**

With inverter frequency fixed, PTx controls the power by adjusting the voltage applied to the inductive ac link based on the XCE packets from PRx. This can be achieved by either

- (Vin control mode) adjusting the inverter input voltage Vin to the inverter between VIN_MIN and VIN_MAX, or
- (phase control mode) adjusting the inverter phase θ (see *Section 5.3.1.1, Definition of inverter phase θ* ) between PHASE_MIN and PHASE_MAX.

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 168

**8.1.2 Extended Control Error - XCE (0x19)**

XCE data packets provide feedback about the desired power level.

| | $b_7$ | $b_6$ | $b_5$ | $b_4$ | $b_3$ | $b_2$ | $b_1$ | $b_0$ |
|---|---|---|---|---|---|---|---|---|
| $B_0$ | Control Error Value | | | | | | | |

**Figure 57 - PRx Extended Control Error Packet Structure**

**Control Error Value**

Refer to MPP System specification book - Section 4.10.2.2

**FSK Responses**

**Table 25 - Extended Control Error FSK Responses**

| Value | Description |
|---|---|
| ACK | PTx accepted the voltage change request (includes zero error value) |
| NAK | PTx rejected the voltage change request (request dropped) |
| ND | Pattern is not allowed |
| ATN | PTx prefers to communicate first |

PTx behavior is described in *Section 5.2.2, PTx Response*.

…

**5.2.2 PTx Response**

PTx responses are described in *Section 8.1.2, Extended Control Error - XCE (0x19)*. Depending on Power Transmitter's response, PRx may proceed as following:

1. **ACK**: PTx accepted the requested voltage update. No additional actions required.
2. **NAK**: PTx rejected the voltage update request. PRx should request the regulation control status packet using GET request (*Section 8.1.11, Get Request - GET (0x28)*) to identify the reason for rejecting the voltage update.
3. **ATN**: PTx requests to communicate. PRx shall follow the attention handling as described in Qi Communications Protocol book.

1. PRx may also request the regulation control status packet if PTx responds with ATN
2. PRx may change its behavior depending on the regulation control status result (e.g. if max/min voltage is reached, PRx may stop to request changes to voltage). The behavior of the PRx is implementation- dependent.
3. A PRx may receive a NAK Response Pattern if the PTx cannot satisfy the XCE request from the PRx. This can occur if the PTx reached its maximum power capability.

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pgs. 43 and 78
</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 11 | Analysis | Select Evidence |
|---|---|---|
| | during the digital ping phase.<br><br>At first, the PTx Control Unit sets the InverterConfig to 11V (which corresponds to 128_HB_Low).<br><br>The PTx Control Unit can then receive an XCE packet indicating that "InverterConfig='360_FB'" The receipt of this XCE packet can constitute the claimed trigger event.<br><br>The PTx Control Unit will adjust $V_{in}$ to11.5V (which corresponds to 360_FB). | <br><br>**Figure 98 - Digital Ping Flow**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 140 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 12</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>[12(Preamble)] The wireless power transmitter of claim 1,<br><br>[12(a)] wherein the executable code that, when executed by the at least one processor, causes the at least one controller to define the configuration state of the bank of two or more capacitors comprises executable code that, when executed by the at least one processor, causes the at least one controller to:<br><br>[[12(a)(i)] define the configuration state of the bank of two or more capacitors to be a first configuration state; and</td>
<td>Satechi Qi2 Chargers infringe claim 12 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>As mentioned above, the Qi2 Software causes the Satechi Qi2 Charger's PTx Control Unit to define the Satechi Qi2 Charger's Resonant Circuit's configuration state.<br><br>The defined Resonant Circuit configuration states include those associated with BPP Mode, Low Coupling MPP Mode, or High Coupling MPP Mode.<br><br>In BPP Mode, $C_{tx1}$, $C_{tx2}$, and $C_{tx3}$ are selected, and S1 and S2 are closed.<br><br>In Low Coupling MPP Mode, $C_{tx1}$ is selected, and S1 and S2 are open.<br><br>In High Coupling MPP Mode, $C_{tx1}$ and $C_{tx2}$ are selected and S1 is closed, S2 is open.<br><br>The configuration state associated with High Coupling MPP Mode will be used as a non-limiting example of the claimed first configuration state, and the</td>
<td>The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as backscatter modulation, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as amplitude shift-keying (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as frequency shift-keying (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13<br><br>5.3.1.2 PTx resonant capacitor selection<br><br>In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see Section 5.2.1.3, System model resonance tuning in MPP mode<br><br>Table 26 - PTx power stage capacitor switches configuration.
<table>
<tr><th>S1</th><th>S2</th><th>Transmitter frequency</th><th>Power transfer mode</th></tr>
<tr><td>closed</td><td>closed</td><td>128 kHz</td><td>Digital ping 128 kHz and power transfer</td></tr>
<tr><td>open</td><td>open</td><td>360 kHz</td><td>Digital ping 360 kHz and power transfer (low coupling)</td></tr>
<tr><td>closed</td><td>open</td><td>360 kHz</td><td>Digital ping 360 kHz and power transfer (high coupling)</td></tr>
</table>
* "High" coupling and "low" coupling is determined by the k estimation stage (See Section 5.7, K Estimation ) which is performed in the digital ping phase. The value of k separating low and high coupling is given in the Table 27.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 135</td>
</tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| | configuration state associated with Low Coupling MPP Mode will be used as a non-limiting example of the claimed configuration state.<br><br>The configuration states can change based on, as a non-limiting example, the most recently calculated $K_{est}$ value. | Further notes on Figure 98:<br>• The successful end states are shown as green boxes. The system model PTx continues to power transfer phase using the last successful `InverterConfig' configuration. Under MPP mode, the next steps are:<br>  • Receive CFG packet<br>  • Negotiation and Power transfer phases (see the *Qi Specification, MPP Communications Protocol*)<br>  • Set Pr_max (see *Section 5.9, Set Pr_max* )<br>• The system model PTx restarts from the beginning upon encountering an error (diamonds and boxes shown in red). A PTx implementation may utilize counters and information from Q deflection (*Section 5.5, Object Detection* ) to avoid an infinite loop.<br>• An error occurs if InverterConfig="128_HB_High" is used with an MPP PRx. To handle this case, see the *Qi Specification, MPP Communications Protocol.*<br>• In the box "Calculate Kest," the system model PTx calculates Kest based on the measurement made in the previous executed "Measure Kest Variables" step (see Figure 99).<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 139 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| [12(b)] wherein the at least one controller further comprises executable code that, when executed by the at least one processor, causes the at least one controller to:<br><br>[12(b)(i)] detect a trigger event for changing the configuration state of the bank of two or more capacitors; and<br><br>[12(b)(ii)] in response to detecting the trigger event, provide a third control signal to the capacitor circuit to indicate that the configuration state of the bank of two or more capacitors is to be changed to a second configuration state. | The Qi2 software further causes the Satechi Qi2 Charger's PTx Control Unit to perform the below operations.<br><br>If the Satechi Qi2 Charger is operating in High Coupling MPP Mode that means the last $K_{est}$ value was greater than or equal to the predefined threshold value.<br><br>As mentioned before, the PTx Control Unit continually calculates new $K_{est}$ values.<br><br>If PTx Control Unit determines that the latest $K_{est}$ value falls below the predefined threshold value, the PTx Control Unit causes the Satechi Qi2 Charger to begin operating in Low Coupling MPP Mode. This causes the PTx Control Unit to configure the Resonant Circuit accordingly ($C_{tx1}$ is selected, and S1 and S2 are opened).<br><br>The latest $K_{est}$ value falling below the predefined threshold value constitutes the claimed trigger event. | See the evidence below (Table 27, Section 5.3.1.2, Table 26). Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 135 and 136 |

**Table 27 - PTx electrical properties (system model), during power transfer.**

| | Value |
|---|---|
| Input voltage range | 11 V - 19 V (MPT#1)<br>11 V - 25 V (MPT#2)<br>Capped at 18 V in low-k mode (See *Section 5.9.2.3.4, Low-k Mode* ) |
| Amplitude modulation resolution | 30 mV |
| Duty cycle | 50% |
| Max Vin with phase shift control | 11 V |
| θ (PTx inverter phase shift) control range | 0- 50 degrees |
| θ (PTx inverter phase shift) control resolution | 0.5 degrees |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}$ at high coupling ≥ 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 101 nF (96-106 nF) |
| Primary coil tuning capacitor $C_{tx1}$ at low coupling < 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 68 nF (64.6-71.4 nF) |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}+C_{tx3}$ (BPP mode, see Table 26) | 491 nF (466.7-515.5 nF) |

**5.3.1.2 PTx resonant capacitor selection**

In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see *Section 5.2.1.3, System model resonance tuning in MPP mode*

**Table 26 - PTx power stage capacitor switches configuration.**

| S1 | S2 | Transmitter frequency | Power transfer mode |
|---|---|---|---|
| closed | closed | 128 kHz | Digital ping 128 kHz and power transfer |
| open | open | 360 kHz | Digital ping 360 kHz and power transfer (low coupling) |
| closed | open | 360 kHz | Digital ping 360 kHz and power transfer (high coupling) |

* "High" coupling and "low" coupling is determined by the k estimation stage (See *Section 5.7, K Estimation* ) which is performed in the digital ping phase. The value of k separating low and high coupling is given in the Table 27.

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 135 and 136

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 13</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td>[13(Preamble)] The wireless power transmitter of claim 1,<br><br>[13(a)] wherein the executable code that, when executed by the at least one processor, causes the at least one controller to define the configurable frequency of the drive signal comprises executable code that, when executed by the at least one processor, causes the at least one controller to:<br><br>[10(a)(i)] define the configurable frequency of the drive signal to be a first frequency;</td><td>Satechi Qi2 Chargers infringe claim 13 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>As mentioned above, the Qi2 Software causes the PTx Control Unit to define the Frequency Command.<br><br>The frequencies defined by the Frequency Command include 128kHz and 360kHz.<br><br>128kHz will be used as a non-limiting example of the claimed first frequency, and 360kHz will be used as a non-limiting example of the claimed second frequency.</td><td>The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as backscatter modulation, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as amplitude shift-keying (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as frequency shift-keying (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13<br><br>6.2 Frequency Shift Keying (PTx to PRx)<br>The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:<br><br><table><tr><th rowspan="2">Parameter</th><th colspan="2">Value</th></tr><tr><th>MPP (128 kHz digital ping)</th><th>MPP (360 kHz ramp up ping and power transfer)</th></tr><tr><td>Power Frequency ($F_{op}$)</td><td>127.772 kHz</td><td>360 kHz</td></tr><tr><td>Modulation Frequency ($F_{mod}$)</td><td>125.435 kHz</td><td>366.412 kHz</td></tr></table><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 13</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>[12(b)] wherein the executable code that, when executed by the at least one processor, causes the at least one controller to define the configuration state of the bank of two or more capacitors comprises executable code that, when executed by the at least one processor, causes the at least one controller to:<br><br>[[12(b)(i)] define the configuration state of the bank of two or more capacitors to be a first configuration state; and</td>
<td>The Qi2 Software further causes the Satechi Qi2 Charger's PTx Control Unit to perform the below operations.<br><br>As mentioned above, the Qi2 Software causes the PTx Control Unit to define the Satechi Qi2 Charger's Resonant Circuit's configuration state.<br><br>The defined Resonant Circuit configuration states include those associated with BPP Mode, Low Coupling MPP Mode, or High Coupling MPP Mode.<br><br>In BPP Mode, $C_{tx1}$, $C_{tx2}$, and $C_{tx3}$ are selected, and S1 and S2 are closed.<br><br>In Low Coupling MPP Mode, $C_{tx1}$ is selected, and S1 and S2 are open.<br><br>In High Coupling MPP Mode, $C_{tx1}$ and $C_{tx2}$ are selected and S1 is closed, S2 is open.<br><br>The configuration state associated with BPP Mode will be used as a non-limiting example of the claimed first configuration state, and the configuration state associated with High Coupling MPP Mode will be used as a non-limiting</td>
<td>The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as backscatter modulation, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as amplitude shift-keying (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as frequency shift-keying (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13<br><br>5.3.1.2 PTx resonant capacitor selection<br><br>In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see Section 5.2.1.3, System model resonance tuning in MPP mode<br><br>Table 26 - PTx power stage capacitor switches configuration.<br><br>S1 | S2 | Transmitter frequency | Power transfer mode<br>closed | closed | 128 kHz | Digital ping 128 kHz and power transfer<br>open | open | 360 kHz | Digital ping 360 kHz and power transfer (low coupling)<br>closed | open | 360 kHz | Digital ping 360 kHz and power transfer (high coupling)<br><br>* "High" coupling and "low" coupling is determined by the k estimation stage (See Section 5.7, K Estimation ) which is performed in the digital ping phase. The value of k separating low and high coupling is given in the Table 27.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 135</td>
</tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

| Claim 13 | Analysis | Select Evidence |
|---|---|---|
| | example of the claimed configuration state. | |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 13 | Analysis | Select Evidence |
|---|---|---|
| [13(c)] wherein the at least one controller further comprises executable code that, when executed by the at least one processor, causes the at least one controller to:<br><br>[13(c)(i)] detect a trigger event for changing both the configurable frequency of the drive signal and the configuration state of the bank of two or more capacitors; and<br><br>[13(c)(ii)] in response to detecting the trigger event, (i) cause the configurable frequency of the drive signal to be changed from the first frequency to a second frequency and (ii) provide a third control signal to the capacitor circuit to indicate that the configuration state of the bank of two or more capacitors is to be changed to a second configuration state. | The Qi2 Software further causes the Satechi Qi2 Charger's PTx Control Unit to perform the below operations.<br><br>As explained above, the PTx Control Unit causes the Satechi Qi2 Charger to initially operate at 128kHz during 128kHz ping phase.<br><br>The flow chart on the right shows the PTx Control Unit's decision making process during the 128kHz configuration phase.<br><br>The PTx Control Unit can cause the operating frequency to be changed from 128kHz to 360kHz at either the branch for MPP's "Restricted Mode" or the branch for MPP's "Full Mode."<br><br>In either case, the PTx Control Unit will need to | <br><br>**Figure 9 - MPP Power Transmitter Configuration Phase Decision Tree Flow - 128 kHz ping**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pg. 24 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 13 | Analysis | Select Evidence |
|---|---|---|
| | change the operating frequency to 360kHz and change the Resonant Circuit's configuration state to one that operates at 360kHz.<br><br>This can be either Low Coupling MPP Mode ($C_{tx1}$ is selected, and S1 and S2 are open) or High Coupling MPP Mode ($C_{tx1}$ and $C_{tx2}$ are selected and S1 is closed, S2 is open).<br><br>Either scenario is sufficient, because both are configuration states that are different from BPP Mode's ($C_{tx1}$, $C_{tx2}$, and $C_{tx3}$ are selected, and S1 and S2 are closed). | **5.3.1.2 PTx resonant capacitor selection**<br><br>In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see *Section 5.2.1.3, System model resonance tuning in MPP mode*<br><br>**Table 26 - PTx power stage capacitor switches configuration.**<br><br>(see table below)<br><br>* "High" coupling and "low" coupling is determined by the k estimation stage (See *Section 5.7, K Estimation* ) which is performed in the digital ping phase. The value of k separating low and high coupling is given in the Table 27.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 135 |

| S1 | S2 | Transmitter frequency | Power transfer mode |
|---|---|---|---|
| closed | closed | 128 kHz | Digital ping 128 kHz and power transfer |
| open | open | 360 kHz | Digital ping 360 kHz and power transfer (low coupling) |
| closed | open | 360 kHz | Digital ping 360 kHz and power transfer (high coupling) |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 21 | Analysis | Select Evidence |
|---|---|---|
| [21(Preamble)] The wireless power transmitter of claim 1, further comprising executable code stored on the at least one non-transitory machine-readable medium that, when executed by the at least one processor, causes the at least one controller to:<br><br>[21(a)] determine one or more operating characteristics of the wireless power transmitter; and<br><br>[21(b)] send a communication to the at least one wireless power receiver that is (i) based on the determined one or more operating characteristics of the wireless power transmitter and (ii) utilized by the at least one wireless power receiver to set a power level of an output delivered to a load of the at least one wireless power receiver. | Satechi Qi2 Chargers infringe claim 21 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>The Qi2 Software causes the Satechi Qi2 Charger's PTx Control Unit to perform the operations described below.<br><br>The PTx Control Unit determines operating characteristic(s) associated with the Qi2 Charger (e.g., "the available power based on limits").<br><br>The PTx Control Unit communicates the determined operating characteristic(s) to the receiving device via in-band communication.<br><br>The receiving device receives the determined operating characteristic(s) and "set[s] a target power based on [its] sinking capability." | **5.10.2.4 Power throttling**<br><br>The power throttling is the most outside layer in the control hierarchy where both PTx and PRx are working together to identify if the power level is sustainable. The PTx available power level is limited by the USB adapter, FOD losses, system thermals and electrical rating of the PTx hardware. PTx will estimate the available power based on various limits and send it to PRx by in-band communication. After receiving the available power from PTx, the PRx will set a target power based on the sinking capability which is limited by PRx system thermals, electrical rating of PRx hardware. There are various sources which may request power throttling:<br><br>• Dc/dc converter OCP<br>• Foreign object P_FO over limit<br>• Thermal (PTx/PRx) protection<br><br>Each individual power throttling source will have its own Prect_target output based on the specific algorithm. PTx will renegotiate single Prect_target with the minimum Prect_target from all sources. To reduce the comms traffic, PTx shall only renegotiate power with Rx when the Prect_target delta is greater than ±100 mW between current and previous target values.<br><br>If any of the above protections are triggered, the "Status" field in the RCS packet should be set to 2 (MPP Communications Protocol Spec 7.2.2)<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 172 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 21 | Analysis | Select Evidence |
|---|---|---|
| | The determined operating characteristic(s) can include $V_{inv}$.<br><br>The receiving device uses the value of $V_{inv}$ to determine the "power-stage gain" value ("G"). "Most of the power contract flow is to measure G." | **5.9.2 System Model**<br><br>**5.9.2.1 Theory of Operation**<br><br>System model PRx uses power contract to decide on the initial values of<br>1. Vrect_target: the target $V_{rect}$ voltage to run the *Section 5.10.2.2, Vrect_target Loop (PRx+PTx)* against.<br>2. Pr_max: the maximum rectified power that the PRx can draw.<br><br>To set both values, a good indicator of the current operating point for PRx is the power-stage gain G. Specifically, G can be defined as the ratio of two end-to-end dc voltages, i.e.<br><br>$G = \frac{V_{rect}}{V_{inv}}$<br><br>where $V_{rect}$ is the PRx rectified voltage, and $V_{inv}$ is the equivalent DC input voltage (See *Section 5.9.4.1, Equivalent Vinv* ). A bigger G indicates a higher power gain and potentially a more strongly-coupled inductive link, but also indicates that it's easier for the control loop to overshoot.<br><br>Most of the power contract flow is to measure G. Since G is dependent on the PRx load and PTx input voltage, and it would be impractical to sweep all loads and voltages. In practice, we measure two gains: $G_1$ and $G_2$, under two different load conditions. The final decision is based on both Gs, or whichever is available. i.e., the $G_1$ and $G_2$ we are measuring are:<br><br>$G = \frac{V_{rect}}{V_{inv}}\Big\vert_{\text{light load}} \quad G = \frac{V_{rect}}{V_{inv}}\Big\vert_{\text{mid load}}$<br><br>[$V_{inv}$ \| PTx Equivalent Inverter Voltage \| Equivalent inverter voltage that considers the inverter phase shift and duty cycle. See *Section 5.9.4.1, Equivalent Vinv* .]<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 21 and 172 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 22</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td>The wireless power transmitter of claim 21, wherein the determined one or more operating characteristics of the wireless power transmitter comprise an indication of an output voltage of the inverter.</td><td>Satechi Qi2 Chargers infringe claim 22 because they comprise the wireless power transmitter of claim 11, with the additional limitation(s) described below.<br><br>As mentioned above, he determined operating characteristic(s) can include $V_{inv}$, which is the "PTx Equivalent Inverter Voltage" value.</td><td>5.9.2 System Model<br><br>5.9.2.1 Theory of Operation<br><br>System model PRx uses power contract to decide on the initial values of<br>1. Vrect_target: the target $V_{rect}$ voltage to run the Section 5.10.2.2, Vrect_target Loop (PRx+PTx) against.<br>2. Pr_max: the maximum rectified power that the PRx can draw.<br><br>To set both values, a good indicator of the current operating point for PRx is the power-stage gain G. Specifically, G can be defined as the ratio of two end-to-end dc voltages, i.e.<br>$$G = \frac{V_{rect}}{V_{inv}}$$<br>where $V_{rect}$ is the PRx rectified voltage, and $V_{inv}$ is the equivalent DC input voltage (See Section 5.9.4.1, Equivalent Vinv ). A bigger G indicates a higher power gain and potentially a more strongly-coupled inductive link, but also indicates that it's easier for the control loop to overshoot.<br><br>Most of the power contract flow is to measure G. Since G is dependent on the PRx load and PTx input voltage, and it would be impractical to sweep all loads and voltages. In practice, we measure two gains: $G_1$ and $G_2$, under two different load conditions. The final decision is based on both Gs, or whichever is available. i.e., the $G_1$ and $G_2$ we are measuring are:<br>$$G = \frac{V_{rect}}{V_{inv}}\bigg|_{\text{light load}} \quad G = \frac{V_{rect}}{V_{inv}}\bigg|_{\text{mid load}}$$<br><table><tr><td>$V_{inv}$</td><td>PTx Equivalent Inverter Voltage</td><td>Equivalent inverter voltage that considers the inverter phase shift and duty cycle. See Section 5.9.4.1, Equivalent Vinv .</td></tr></table><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 21 and 172</td></tr>
</table>