# EXHIBIT E

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

# U.S. Patent No. 12,272,970: Satechi Qi2 Chargers[1]

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(Preamble)] A wireless power transmitter comprising: | Satechi's Qi2-certified wireless chargers infringe claim 1 because they comprise the wireless power transmission system described below.<br><br>Satechi's Qi2-certified PTx products ("Satechi Qi2 Charger(s)") can provide up to 15W of wireless charging to a PRx via the Magnetic Power Profile ("MPP").<br><br>Satechi Qi2 Chargers include a transmitter antenna (e.g., a PTx | <br>**Figure 5 - MPP PTx functional diagram.**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18 |

[1] These claim charts use the Qi 2.1 specification as a non-limiting example of infringement. Other versions of the Qi2 spec (such as Qi 2.x.x) infringe for the same or substantially the same reasons. These claim charts also use the Satechi 2-in1 Foldable Qi2 Wireless Charging Stand (Model No: ST-Q21FM and QI-ID: 20569) as a non-limiting example of infringement. Other Satechi Qi2-certified wireless chargers infringe for the same or substantially the same reasons.

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | wireless charging coil) that is configured to couple with a receiver antenna (e.g., a PRx Wireless Charging Coil) of another device (e.g., a smartphone).<br><br>Coupling can be achieved through a magnetic field between the PTx and PRx. This coupling enables wireless charging.<br><br>Satechi Qi2 Chargers use the MPP to couple with Qi2 PRx devices (such as a smartphone) for 5-15W of wireless power transfer. | <br>**Figure 6 - Qi wireless power transfer using magnetic induction**<br><br>When charging begins, the Power Transmitter runs an alternating electrical current through its coil(s), which generates an alternating magnetic field in accordance with Faraday's law. This magnetic field is in turn picked up by the coil inside the Power Receiver and transformed by a power converter back into a direct electrical current that can be used to charge the battery.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Introduction) pg. 8<br><br>**Magnet array**<br>The magnet array has been carefully designed so that it can coexist with the wireless power transfer system to deliver high power transfer at high efficiency. Figure 2 shows the multipole magnet design that tightly couples strong permanent magnetic fields within the region of the magnet array, keeping most of the strong fields away from the magnetic shielding material of the power transfer coils. |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | The magnet arrays in both devices maintain the alignment of the Satechi Qi2 Charger's PTx coil and a receiving device's PRx coil.<br><br>This coupling also enables wireless charging. | …<br><br><br>**Figure 9 - Exploded view of the Coil Module for the PTx Coil System Model.**<br>…<br><br><br>**Figure 2 - Multipole magnet design that tightly couples strong permanent magnetic fields within the region of the magnet array.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 14-15, 24 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(a)] a power-supply interface that is operable to receive, from an external power supply, a supply voltage signal having a configurable voltage level; | Satechi Qi2 Chargers contain a power-supply interface that can operate as described below.<br><br>As seen on the right, the Satechi Qi2 Chargers receives a power signal | **2.4 Architectural overview**<br><br>**2.4.1 System Description**<br>Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:<br>• External power source - in many cases a separate adapter such as a USB PD brick.<br>• Variable Voltage Supply - for voltage control of the power signal<br>...<br>**2.4.2 System block diagrams**<br>Figure 4 shows the system-level diagrams for a typical MPP system. There are also functional diagrams for three sub-blocks:<br>• MPP PTx: Figure 5<br>• MPP accessory: Figure 6<br>• MPP PRx: Figure 7<br><br>**Figure 4 - System block diagram.**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16 and 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 1</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td></td><td>($P_{IN}$) from an external power supply (e.g., a Universal Serial Bus (“USB”) power delivery (“PD”) brick) via its USB-C power input port.<br><br>Satechi Qi2 Chargers contain a voltage regulator (a “Variable Voltage Supply”).</td><td>Connector Type<br><br>USB-C<br><br>USB-C cable included, 30W power adapter sold separately.<br><br>USB-C power input port<br>Source: https://satechi.net/products/2-in-1-foldable-qi2-wireless-charging-stand<br><br>USB-C power input port<br>Source: Image of the ST-Q21FM Satechi charger</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 1</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td></td>
<td>As seen on the right, the Variable Voltage Supply configures the voltage of the $P_{IN}$ power signals.<br><br>The Variable Voltage Supply receives and configures ($P_{IN}$). This results in the Variable Voltage Supply generating ($V_{in}$). $V_{in}$ is the "Input DC Voltage" for the QI2 Charger's Inverter.</td>
<td>




**Figure 5 - MPP PTx functional diagram.**

...

## 2.4 Architectural overview

### 2.4.1 System Description

Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:

- External power source - in many cases a separate adapter such as a USB PD brick.
- Variable Voltage Supply - for voltage control of the power signal

...

**5.10.2.2.1 PTx Control**

With inverter frequency fixed, PTx controls the power by adjusting the voltage applied to the inductive ac link based on the XCE packets from PRx. This can be achieved by either

- (Vin control mode) adjusting the inverter input voltage Vin to the inverter between VIN_MIN and VIN_MAX, or
- (phase control mode) adjusting the inverter phase θ (see *Section 5.3.1.1, Definition of inverter phase θ* ) between PHASE_MIN and PHASE_MAX.

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16, 18, and 168
</td>
</tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(b)] a power conditioning system that is operable to | Satechi Qi2 Chargers include a power conditioning system comprising an Inverter. | <br><br>**Figure 5 - MPP PTx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18<br>Figure 2 provides a simplified model of a wireless power system, consisting of six blocks. The three blocks to the left of the power transfer interface represent a Power Transmitter and its supply. The three to the right represent a Power Receiver and its Load. Typically, these blocks comprise the following elements.<br>• *Supply:* in many cases a separate adapter such as a USB PD brick.<br>• *Inverter:* a half-bridge or full-bridge for DC/AC conversion.<br>• *Resonant Tank:* a coil and series capacitor boosting the power transfer capability.<br>• *Rectifier:* either a diode bridge or an active (synchronous) bridge for AC/DC conversion.<br>• *Load:* a power sink drawn by the Power Receiver Product, typically a mobile phone's power input to an internal battery charger.<br><br><br>**Figure 2 - Simplified model of a wireless power transfer system**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Power Delivery) pg. 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 1</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td>[1(b)(i)] (i) receive the supply voltage signal having the configurable voltage level,</td><td>The Satechi Qi2 Charger's Variable Voltage Supply sends $V_{in}$ to the Satechi Qi2 Charger's Inverter. The Inverter receives $V_{in}$.</td><td>




MPP PTx

**Figure 5 - MPP PTx functional diagram.**

...

<table>
<tr><th>Symbol</th><th>Name</th></tr>
<tr><td>$V_{in}$</td><td>PTx Inverter Input DC Voltage</td></tr>
</table>

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16 and 18
</td></tr>
</table>

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(b)(ii)] (ii) receive a drive signal having a configurable frequency, and | The Satechi Qi2 Charger's Frequency-Shift Keying ("FSK") Modulator sends a drive signal (the "Frequency Command") to the Satechi Qi2 Charger's Inverter. The Inverter receives the Frequency Command.<br><br>The Frequency Command has a configurable frequency.<br><br>When the Satechi Qi2 Charger is operating at 128KHz, the Frequency | <br>**Figure 5 - MPP PTx functional diagram.**<br><br>...<br><br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 1</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td></td><td>Command can be configured to be 127.772kHz (nominal operating frequency or $F_{op}$) or 125.435kHz (modulated frequency or $F_{mod}$).<br><br>At 360kHz, the Frequency Command can be configured to be 360kHz ($F_{op}$) or 366.412kHz($F_{mod}$). Frequency dithering can further modify the configurable Frequency Command by +/- 7kHz.</td><td>

**6.2 Frequency Shift Keying (PTx to PRx)**

The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:

| Parameter | Value | |
|---|---|---|
| | MPP (128 kHz digital ping) | MPP (360 kHz ramp up ping and power transfer) |
| Power Frequency ($F_{op}$) | 127.772 kHz | 360 kHz |
| Modulation Frequency ($F_{mod}$) | 125.435 kHz | 366.412 kHz |

...

**6.2.1 System Model**

**6.2.1.1 FSK Modulator (PTx)**

The system model FSK transmitter is presented in Figure 121. In general, Power Transmitter varies its operating frequency to transmit data to the Power Receiver.

When operating at 128 kHz, the PTx performs FSK modulation by switching between the nominal operating frequency, $F_{OP}$, of 127.772 kHz and the modulated frequency, $F_{MOD}$, of 125.435 kHz.

When operating at 360 kHz:

- the PTx performs FSK modulation by switching between the nominal operating frequency, $F_{OP}$, of 360 kHz and the modulated frequency, $F_{MOD}$, of 366.412 kHz
- frequency dithering is used, with a repetition length of 16 power frequency cycles and a deviation of -7 kHz to +7 kHz
- the frequency dithering deviation is larger than the FSK modulation depth
- $F_{OP}$ and $F_{MOD}$ values are the averages measured over a period of 16 cycles

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181

</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(b)(iii)] (iii) based on the supply voltage signal and the drive signal, produce an alternating current ("AC") signal having the configurable frequency and a configurable power level that corresponds to the configurable voltage level of the supply voltage signal, wherein the power conditioning system comprises an inverter; | The Satechi Qi2 Charger's Inverter converts the DC power signal to an AC power signal. The Inverter sends the AC power signal to the Satechi Qi2 Charger's Resonant Circuit.<br><br>The AC power signal operates at and matches the frequency of the | <br><br>**Figure 5 - MPP PTx functional diagram.**<br>...<br><br><br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | Frequency Command (e.g., 128Khz or 360kHz). | **4.3 Operating frequency**<br>The operating frequency typically is in the range of 87 to 205 kHz. A Power Transmitter can—but does not have to—use the operating frequency to control the amount of power that is transferred to a Power Receiver. For this purpose, the frequency response of the Power Transmitter/Power Receiver system typically has a resonance near the lower end of the operating frequency range. A lower operating frequency results in a higher amount of power transferred and a higher frequency in a lower amount of power.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Introduction) pg. 12<br>**7.3 Magnetic Protocol - Full Mode**<br>As shown in Figure 15, the *magnetic protocol (full mode)* has five distinct phases: ping, configuration, negotiation, power, and cloak. The system runs through the ping, configuration, and negotiation phases twice, initially at an operating frequency of 128 kHz and after a restart at an operating frequency of 360 kHz.<br><br><br>**Figure 15 - Phases of magnetic protocol (full mode)**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 19 |
| | The AC power signal has a voltage that corresponds to an "Equivalent Voltage" ($V_{inv}$). | |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | $V_{inv}$ corresponds to $V_{in}$ because $V_{inv}$ is "a value equal or proportional to the first harmonic of [the] Power Transmitter's inverter voltage output." | $V_{inv}$ — PTx Equivalent Inverter Voltage — Equivalent inverter voltage that considers the inverter phase shift and duty cycle. See *Section 5.9.4.1, Equivalent Vinv* .<br>...<br>**5.9.4 PTx Specification Notes**<br>**5.9.4.1 Equivalent Vinv**<br>Equivalent Vinv is defined as a value equal or proportional to the first harmonic of Power Transmitter's inverter voltage output. For example, the system model PTx follows the full-bridge design in Figure 96, and the following is a valid definition of Vinv:<br>$V_{inv} = V_{in} \sin\frac{\pi-\theta}{2} \approx V_{in}\left(1 - \frac{1}{2}\left(\frac{\pi}{2}\right)^2 x^2 + \frac{1}{24}\left(\frac{\pi}{2}\right)^2 x^4\right), \quad x \triangleq \frac{\theta}{\pi}$<br>where the definition of phase $\theta$ follows the definition in *Section 5.3.1.1, Definition of inverter phase θ* .<br>**NOTE:** In this equation, theta is in radians.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 21 and 164 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
| --- | --- | --- |
| [1(c)] a capacitor circuit that is operable to | The Satechi Qi2 Charger's Resonant Circuit comprises a bank of three capacitors and two switches.<br><br>The capacitors include $C_{tx1}$, $C_{tx2}$, and $C_{tx3}$. | <br><br>Figure 5 - MPP PTx functional diagram.<br><br>...<br><br><br><br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | The switches include S1 and S2. | **5.3.1 System Model**<br>Power transmitter power stage configuration is presented in Figure 96 and in Table 26.<br>• In BPP mode and during 128 kHz digital ping switches S1 and S2 are closed. See *Section 5.6, Digital Pings 128 kHz/360 kHz* .<br>• After MPP handshake, starting with the 360 kHz digital ping, PTx transfers to 360 kHz operation mode and will select $C_{tx}$ capacitor based on coupling estimation. Coupling estimation threshold, $C_{tx1}$ and $C_{tx2}$ are selected such that the phase delay between the voltage and phase fundamental tones is always higher than 20 degrees for inductive mode of operation and minimum power delivery is 15 W inside 2 mm cylinder. See *Section 5.7, K Estimation* .<br>• The system model PTx employs full-bridge converter with input voltage control and phase-shift control to regulate transmitted power. Whenever possible, the system model PTx prefers voltage control over phase control. See *Section 5.10, Power Transfer Control* .<br>• Operation frequency is fixed at 360 kHz, with no variable frequency operation.<br>• Impedance tuning circuit comprising $C_{tx1}$, $C_{tx2}$, $C_{tx3}$, S1 and S2 is controlled as described in Table 27.<br><br><br>**Figure 96 - PTx power stage block diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 134 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | | **5.3.1.2 PTx resonant capacitor selection**<br><br>In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see *Section 5.2.1.3, System model resonance tuning in MPP mode*<br><br>**Table 26 - PTx power stage capacitor switches configuration.**<br><br>(table below)<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 135 |

| S1 | S2 | Transmitter frequency | Power transfer mode |
|---|---|---|---|
| closed | closed | 128 kHz | Digital ping 128 kHz and power transfer |
| open | open | 360 kHz | Digital ping 360 kHz and power transfer (low coupling) |
| closed | open | 360 kHz | Digital ping 360 kHz and power transfer (high coupling) |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(c)(i)] (i) receive the AC signal that is produced by the power conditioning system comprising the inverter and | As mentioned above, the Satechi Qi2 Charger's Inverter sends the AC power signal to the Satechi Qi2 Charger's Resonant Circuit.<br><br>The Resonant Circuit receives the AC power signal. | <br>**Figure 5 - MPP PTx functional diagram.**<br>...<br><br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182 |

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(c)(ii)] (ii) tune the AC signal; | The Satechi Qi2 Charger's Resonant Circuit's capacitors ($C_{tx1}$, $C_{tx2}$, and $C_{tx3}$) and switches (S1 and S2) are selected based on the Power Profile Signal.<br><br>As seen on the right, the Resonant Circuit is "controlled as described in Table 27," (cited on the next page) which describes the different Power Profile Signals.<br><br>The AC power signal is tuned in accordance with the configured Resonant Circuit to produce a tuned AC signal (a "modified AC power signal").<br><br>The Power Profile Signal indicates whether the Satechi Qi2 Charger should | **5.3.1 System Model**<br><br>Power transmitter power stage configuration is presented in Figure 96 and in Table 26.<br><br>• In BPP mode and during 128 kHz digital ping switches S1 and S2 are closed. See *Section 5.6, Digital Pings 128 kHz/360 kHz* .<br>• After MPP handshake, starting with the 360 kHz digital ping, PTx transfers to 360 kHz operation mode and will select $C_{tx}$ capacitor based on coupling estimation. Coupling estimation threshold, $C_{tx1}$ and $C_{tx2}$ are selected such that the phase delay between the voltage and phase fundamental tones is always higher than 20 degrees for inductive mode of operation and minimum power delivery is 15 W inside 2 mm cylinder. See *Section 5.7, K Estimation* .<br>• The system model PTx employs full-bridge converter with input voltage control and phase-shift control to regulate transmitted power. Whenever possible, the system model PTx prefers voltage control over phase control. See *Section 5.10, Power Transfer Control* .<br>• Operation frequency is fixed at 360 kHz, with no variable frequency operation.<br>• Impedance tuning circuit comprising $C_{tx1}$, $C_{tx2}$, $C_{tx3}$, S1 and S2 is controlled as described in Table 27.<br><br><br><br>**Figure 96 - PTx power stage block diagram.**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 134 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | operate in Baseline Power Profile ("BPP") Mode, Low Coupling MPP Mode, or High Coupling MPP Mode.<br><br>In BPP Mode, $C_{tx1}$, $C_{tx2}$, and $C_{tx3}$ are selected, S1 and S2 are closed, and the Satechi Qi2 Charger operates at 128kHz.<br><br>In Low Coupling MPP Mode, $C_{tx1}$ is selected, S1 and S2 are open, and the Satechi Qi2 Charger operates at 360kHz.<br><br>In High Coupling MPP Mode, $C_{tx1}$ and $C_{tx2}$ are selected, S1 is closed, S2 is open, and the Satechi Qi2 Charger operates at 360kHz.<br><br>"High" or "low" coupling is based on the calculated K Estimation value ($K_{est}$). | See evidence below |

**5.3.1.2 PTx resonant capacitor selection**

In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see *Section 5.2.1.3, System model resonance tuning in MPP mode*

**Table 26 - PTx power stage capacitor switches configuration.**

| S1 | S2 | Transmitter frequency | Power transfer mode |
|---|---|---|---|
| closed | closed | 128 kHz | Digital ping 128 kHz and power transfer |
| open | open | 360 kHz | Digital ping 360 kHz and power transfer (low coupling) |
| closed | open | 360 kHz | Digital ping 360 kHz and power transfer (high coupling) |

* "High" coupling and "low" coupling is determined by the k estimation stage (See *Section 5.7, K Estimation* ) which is performed in the digital ping phase. The value of k separating low and high coupling is given in the Table 27.

**Table 27 - PTx electrical properties (system model), during power transfer.**

| | Value |
|---|---|
| Input voltage range | 11 V - 19 V (MPT#1)<br>11 V - 25 V (MPT#2)<br>Capped at 18 V in low-k mode (See *Section 5.9.2.3.4, Low-k Mode* ) |
| Amplitude modulation resolution | 30 mV |
| Duty cycle | 50% |
| Max Vin with phase shift control | 11 V |
| θ (PTx inverter phase shift) control range | 0- 50 degrees |
| θ (PTx inverter phase shift) control resolution | 0.5 degrees |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}$ at high coupling ≥ 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 101 nF (96-106 nF) |
| Primary coil tuning capacitor $C_{tx1}$ at low coupling < 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 68 nF (64.6-71.4 nF) |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}+C_{tx3}$ (BPP mode, see Table 26) | 491 nF (466.7-515.5 nF) |

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 135 and 136

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | | **5.7 K Estimation**<br>**5.7.1 System Model**<br>**5.7.1.1 Need For K Estimation**<br>In MPP systems, PTx and PRx collaboratively estimate the inductive coupling factor, $k_i$:<br>$$k_i = \frac{M'}{\sqrt{L'_{TX} L'_{RX}}}$$<br>where $M'$ is the mutual inductance.<br>In MPP, the calculation of the estimated inductive coupling factor, $K_{est}$, takes place in PTx. The potential use cases for $K_{est}$ include:<br>1. Selection of $C_{TX}$ for 360 kHz operation (to deliver the full power and having ZVS)<br>…<br>**5.7.1.2 Kest Calculation Formula**<br>The equation to estimate $k_i$ is as follows:<br>$$K_{est} = E_0 \cdot p + E_1$$<br>where:<br>$$p = \frac{V_{rect}}{VCTX_PP + V_{in}}$$<br>$V_{rect}$: The Digital Ping voltage reported by RX<br>$V_{in}$: the measured dc voltage to the inverter<br>VCTX_PP: is the measured peak to peak CTX voltage<br>The $K_{est}$ formula is fit over a preferential k range from 0.72 to 0.88, i.e., $E_0$ and $E_1$ are chosen to be most accurate in this range. See *Section 5.7.1.2.1, E0 and E1 Fit Example* for an example.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 150 and 151 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(d)] a transmission antenna that is operable to produce a wireless power signal for receipt by at least one receiver antenna of at least one wireless power receiver in accordance with the AC signal that is produced by the power conditioning system comprising the inverter and tuned by the capacitor circuit; and | The Satechi Qi2 Charger's Resonant Circuit sends the modified AC power signal to the Satechi Qi2 Charger's PTx Wireless Charging Coil so that power can be wirelessly transferred to the PRx Wireless Charging Coil. | <br>**Figure 5 - MPP PTx functional diagram.**<br>...<br><br>**Figure 7 - MPP PRx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 19 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | |  <br>**Figure 121 - System Model for FSK Transmitter .**<br>**5.10.2.1.1 System-level block diagrams**<br> <br>**Figure 111 - High-level hardware block diagram**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 166 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| [1(e)] at least one controller comprising:<br><br>[1(e)(i)] at least one processor;<br><br>[1(e)(ii)] at least one non-transitory machine-readable medium; and<br><br>[1(f)] executable code stored on the at least one non-transitory machine-readable medium that, | Satechi Qi2 Chargers include at least one controller (e.g., the Satechi Qi2 Charger's PTx Control Unit) that is comprised of at least one processor, at least one non-transitory machine-readable medium, and executable code stored therein that, when executed by the processor, causes the PTx Control Unit to operate as described below.<br><br>Satechi Qi2 Chargers performs various functions–including those described below– via software ("Qi2 Software"), which necessitates the presence of these limitations.<br><br>As seen on the right, the "control circuits" (e.g., the PTx Control Unit) enables various communications necessary for the wireless transfer of power between the Satechi Qi2 Chargers and the receiver device (e.g., a smartphone). | <br><br>**Figure 5 - MPP PTx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18<br><br>The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
| --- | --- | --- |
| [1(f)(i)] when executed by the at least one processor, causes the at least one controller to:<br><br>[1(f)(ii)] send, to the external power supply, a request that the external power supply change the configurable voltage level of the supply voltage signal from a first voltage level to a second voltage level; | The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to send, to the external power supply, a request for the external power supply to change the supply voltage signal's ($P_{IN}$) voltage level from a first to a second voltage level.<br><br>The images on the right show the results of USB voltage meter (an AVHzY CT-3) testing performed on the Satechi ST-Q21FM Qi2 charger. The top image shows a voltage reading of ~5V when the voltage meter is connected to an external power supply (a USB-C power brick).The bottom image shows a change in the voltage reading, from ~5V to a second voltage level (such as ~12V) when the Satechi ST-Q21FM is connected to the USB voltage meter and thus the external power supply.<br><br>The Satechi Qi2 Charger's PTx Control Unit's request caused the change from ~5V to ~12V. The voltage values of ~12V and ~5V are non-limiting examples of how this claim is met.<br><br>The Satechi Qi2 Charger is operable with external |     Source: Images of USB voltage meter testing on the ST-Q21FM Satechi charger |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | power supplies, such as a USB PD brick.<br><br>USB PD bricks must comply with the Universal Serial Bus Power Delivery Specification.<br><br>This specification states that a sink device (e.g., the Satechi Qi2 Charger) can send, to a connected USB PD brick, a "Request Message" to "request power during the request phase" of power negotiations. | **2.4 Architectural overview**<br><br>**2.4.1 System Description**<br>Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:<br>• External power source - in many cases a separate adapter such as a USB PD brick.<br>• Variable Voltage Supply - for voltage control of the power signal<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 16<br><br>**6.4.2 Request Message**<br>A ***Request*** *Message* ***Shall*** be sent by a *Sink* to request power during the request phase of an SPR power *Negotiation*. The *Request Data Object* ***Shall*** be returned by the *Sink* making a request for power. It ***Shall*** be sent in response to the most recent ***Source_Capabilities*** *Message* (see *Section 8.3.2.2, "Power Negotiation"*) when in *SPR Mode*. A ***Request*** *Message* ***Shall*** return one and only one *Sink Request Data Object* that ***Shall*** identify the *Power Data Object* being requested.<br><br>The *Source* ***Shall*** respond to a ***Request*** *Message* with an ***Accept*** *Message*, a ***Wait*** *Message* or a ***Reject*** *Message* (see *Section 6.9, "Accept, Reject and Wait"*).<br><br>The ***Request*** *Message* includes the requested power level. For example, if the ***Source_Capabilities*** *Message* includes a *Fixed Supply PDO* that offers 9V @ 1.5A and if the *Sink* only wants 9V @ 0.5A, it will set the ***Operating Current*** field to 50 (i.e., 10mA * 50 = 0.5A).<br>Source: USB PD Specification (Rev. 3.2, Version 1.1, Oct. 2024) pg. 155 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
| --- | --- | --- |
| [1(f)(iii)] detect that the external power supply has changed the configurable voltage level of the supply voltage signal from the first voltage level to the second voltage level; and | The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to detect that the external power supply has changed the supply voltage signal's ($P_{IN}$) voltage level to the second voltage level.<br><br>The Satechi Qi2 Charger is required to operate with a certain voltage level to function properly. For example, the Satechi Qi2 Charger deliver power at certain power levels.<br><br>This necessarily requires the Satechi Qi2 Charger (via its PTx Control Unit) to detect that the external power supply is supplying a voltage amount that is sufficient for the Satechi Qi2 Charger's needs.<br><br>As seen on the right, the Satechi Qi2 Charger will receive and detect an "Accept Message." The USB PD brick transmits the Accept Message when the USB PD accepts the Satechi Qi2 Charger's request to change $P_{IN}$. | **5. Power Delivery**<br>Unless otherwise stated, all contents in the chapter applies to power delivery in MPP mode instead of BPP mode.<br>**5.1 Power Profiles (BPP + MPP)**<br>**5.1.1 Specifications**<br>**5.1.1.1 Power Delivery Spec 1**<br>The PTx shall provide a BPP PRx with at least 5 W of rectified power for 0 mm ≤ z ≤ 3 mm, 0 mm ≤ r ≤ 8 mm (Figure 88).<br>**NOTE:** See *Section 5.1.3.1, Definition of r and z* for the definition of r and z.<br>**5.1.1.2 Power Delivery Spec 2**<br>The PTx shall provide an MPP PRx with at least 15 W of rectified power in Full Mode inside the 2x2 cylinder (0 mm ≤ z ≤ 2 mm, 0 mm ≤ r ≤ 2 mm) Figure 87.<br>**5.1.1.3 Power Delivery Spec 3**<br>The PTx shall provide an MPP PRx with at least 5 W of rectified power for 0 ≤ z ≤ 3 mm, 0 mm ≤ r ≤ 4 mm.<br>**5.1.1.4 Power Delivery Spec 4**<br>The PTx shall provide an MPP PRx in restricted mode a maximum of 6.5 W received power in MPP Restricted mode. This is based on BPP system specification.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 124<br>The *Source* ***Shall*** respond to a ***Request*** *Message* with an ***Accept*** *Message*, a ***Wait*** *Message* or a ***Reject*** *Message* (see Section 6.9, "Accept, Reject and Wait").<br>...<br>**6.9 Accept, Reject and Wait**<br>The recipient of a ***Request***, ***EPR_Request***, ***PR_Swap***, ***DR_Swap***, ***VCONN_Swap***, or ***Enter_USB*** *Message* ***Shall*** respond by sending one of the following responses:<br>• An ***Accept*** *Message* in response to a ***Valid*** request which can be serviced immediately (see Section 6.3.3, "Accept Message").<br>• A ***Wait*** *Message* in response to a ***Valid*** request which cannot be serviced immediately but could be serviced at a later time (see Section 6.3.12, "Wait Message").<br>• A ***Reject*** *Message* in response to an ***Invalid*** request or a request which is outside of the device's design *Capabilities* (see Section 6.3.4, "Reject Message").<br>Source: USB PD Specification (Rev. 3.2, Version 1.1, Oct. 2024) pgs. 129 and 272 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 1</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td>[1(f)(iv)] after detecting that the external power supply has changed the configurable voltage level of the supply voltage signal from the first voltage level to the second voltage level, cause the configurable frequency of the drive signal to be changed from a first frequency to a second frequency.</td><td>The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to, after detecting, that the external power supply has changed the supply voltage signal's ($P_{IN}$) voltage level to the second voltage level, cause a change in the Frequency Command's frequency (e.g., from 128 kHz to 360 kHz).<br><br>Once the Satechi Qi2 Charger (via its PTx Control Unit) determines that it is supplied with sufficient voltage from the external power supply, it can operate and deliver power as required by the Qi 2 specification.<br><br>As explained above, the Satechi Qi2 Charger can operate at either 128 kHz or 360 kHz.<br><br>The Frequency Command's frequency changes</td><td>6.2 Frequency Shift Keying (PTx to PRx)<br>The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:<br><br>
<table>
<tr><th rowspan="2">Parameter</th><th colspan="2">Value</th></tr>
<tr><th>MPP (128 kHz digital ping)</th><th>MPP (360 kHz ramp up ping and power transfer)</th></tr>
<tr><td>Power Frequency ($F_{op}$)</td><td>127.772 kHz</td><td>360 kHz</td></tr>
<tr><td>Modulation Frequency ($F_{mod}$)</td><td>125.435 kHz</td><td>366.412 kHz</td></tr>
</table>
...<br>6.2.1 System Model<br><br>6.2.1.1 FSK Modulator (PTx)<br><br>The system model FSK transmitter is presented in Figure 121. In general, Power Transmitter varies its operating frequency to transmit data to the Power Receiver.<br><br>When operating at 128 kHz, the PTx performs FSK modulation by switching between the nominal operating frequency, $F_{OP}$, of 127.772 kHz and the modulated frequency, $F_{MOD}$, of 125.435 kHz.<br><br>When operating at 360 kHz:<br>• the PTx performs FSK modulation by switching between the nominal operating frequency, $F_{OP}$, of 360 kHz and the modulated frequency, $F_{MOD}$, of 366.412 kHz<br>• frequency dithering is used, with a repetition length of 16 power frequency cycles and a deviation of -7 kHz to +7 kHz<br>• the frequency dithering deviation is larger than the FSK modulation depth<br>• $F_{OP}$ and $F_{MOD}$ values are the averages measured over a period of 16 cycles<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | depending on the Satechi Qi2 Charger's operations.<br><br>The below analysis is one example of how the Frequency Command's frequency may change.<br><br>Initially, the Satechi Qi2 Charger's PTx Control Unit causes the Satechi Qi2 Charger to operate at 128kHz. During this time, a 128kHZ "ping phase" occurs.<br><br>The 128kHz ping phase is followed by a 128kHz configuration phase, during which the PTx Control Unit determines whether Satechi Qi2 Charger should continue operating at 128kHz or if it should change the operating frequency to 360kHz for MPP operations.<br><br>The flow chart on the right shows the PTx Control Unit's decision making | **7.3 Magnetic Protocol - Full Mode**<br><br>As shown in Figure 15, the *magnetic protocol (full mode)* has five distinct phases: ping, configuration, negotiation, power, and cloak. The system runs through the ping, configuration, and negotiation phases twice, initially at an operating frequency of 128 kHz and after a restart at an operating frequency of 360 kHz.<br><br><br>**Figure 15 - Phases of magnetic protocol (full mode)**<br><br>• *Ping phase (128 kHz)*: This phase is identical to the ping phase of the baseline protocol.<br>• *Configuration phase (128 kHz):*This phase is identical to the configuration phase of the baseline protocol but for two exceptions. At the end of the phase, the PTx uses a response pattern to acknowledge that it enters the negotiation phase of the magnetic protocol. This response pattern is different from the one used to enter the negotiation phase in the extended protocol. In addition, the PRx sends a signature identifying the configuration phase as part of the magnetic protocol. Hereto it uses a data packet that is optional in the baseline protocol.<br>• *Negotiation phase (128 kHz):* The PRx and PTx exchange a minimal sequence of questions and answers to prepare for a restart of the protocol, changing the operating frequency to 360 kHz.<br>• *Ping phase (360 kHz):* This phase is identical to the ping phase of the baseline protocol.<br>• Configuration phase (360 kHz). This phase is identical to the first pass through the configuration phase running at an operating frequency of 128 kHz.<br>• *Negotiation phase (360 kHz):* The PRx and PTx exchange a sequence of questions and answers to determine whether it is possible to transfer more power than contained in the default power transfer contract (i.e., a guaranteed load power level of 5 W). In addition, the PRx provides some design information to enable the PTx to improve its FOD performance. At the end of the negotiation phase, the PTx acknowledges a request from the PRx to proceed to the power phase.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 19 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | process during the 128kHz configuration phase.<br><br>It can be seen that the operating frequency is initially set to 128kHz for the ping phase.<br><br>The PTx Control Unit receives ID/XID packets from the receiving device.<br><br>If the XID packets indicate that the receiving device does not support the MPP, the PTx Control Unit keeps the Satechi Qi2 Charger operating at 128kHz ("Proceed as non-MPP Qi v.1x PTx").<br><br>If XID packets indicate that the receiving device supports the MPP, the PTx Control Unit proceeds down the decision making tree.<br><br>The PTx Control Unit can cause the change in the Frequency Command's frequency from 128 kHz to 360 kHz in two different ways, each of which are independently sufficient.<br><br>The first way is when the PTx Control Unit determines, from the XID packets, that the receiving device wishes to operate under the MPP's "Restricted Mode." | <br><br>**Figure 9 - MPP Power Transmitter Configuration Phase Decision Tree Flow - 128 kHz ping**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pg. 24 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | In this scenario, the PTx Control Unit sets the operating frequency to 360kHz and the decision making process continues onto a 360kHz digital ping flow. The PTx Control Unit can ultimately decide to still proceed to the MPP negotiation phase.<br><br>The second way is when the PTx Control Unit determines that the receiving device wishes to operate under the MPP's "Full Mode."<br><br>The PTx Control Unit proceeds to the MPP negotiation phase. The PTx Control Unit sets the operating frequency to 360kHz when in the MPP negotiation phase. | **4.3.3 Frequency Selection**<br>PRx shall select a new operating frequency (360 kHz) using *SRQ/freqsel* (*Section 8.1.4, Specific Request [Frequency Selection] - SRQ/freqsel (0x20)*).<br><br>After selecting the new frequency and terminating the negotiation using *SRQ/en*, PRx shall request a re-ping using *EPT/rep* to allow PTx to activate the new selected frequency.<br><br>1. *EPT/rep* will cause the PTx to remove the power signal, change the operating frequency to the selected value and reset the power contract elements.<br><br>...<br>**4.4 Negotiation Phase - 360 kHz**<br>PRx shall use the 360 kHz negotiation phase to negotiate the required power contract elements before entering power transfer phase.<br><br>...<br><br>**Figure 16 - MPP Power Negotiation Flow at 360 kHz**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pgs. 33-35 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 3 | Analysis | Select Evidence |
|---|---|---|
| [3(Preamble)] The wireless power transmitter of claim 1, further comprising:<br><br>[3(a)] a driver that is configured to (i) produce the drive signal having the configurable frequency in accordance with a control signal received from the at least one controller; and<br><br>[3(b)] provide the drive signal having the configurable frequency as input to the power conditioning system. | Satechi Qi2 Chargers infringe claim 3 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>The PTx Control Unit enables the PTx and PRx to send information to each other by "modulating the power signal, a form of in-band communications."<br><br>These in-band communications include the FSK performed by the Satechi Qi2 Charger's FSK Modulator.<br><br>As seen on the right, the PTx Control Unit sends a control signal to a driver (the FSK Modulator), which produces the Frequency Command.<br><br>The FSK Modulator then provides the Frequency Command to the Satechi Qi2 Charger's Inverter, which is part of the power conditioning system. | The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13<br><br><br>**Figure 5 - MPP PTx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.
GLOBAL IP LAW GROUP

| Claim 3 | Analysis | Select Evidence |
|---|---|---|
| | |  <br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 4 | Analysis | Select Evidence |
|---|---|---|
| The wireless power transmitter of claim 1, wherein the second voltage level is higher than the first voltage level. | Satechi Qi2 Chargers infringe claim 4 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>The images on the right show the results of USB voltage meter (an AVHzY CT-3) testing performed on the Satechi ST-Q21FM Qi2 charger. The top image shows a voltage reading of approximately 5V when the voltage meter is connected to an external power supply (a USB-C power brick).<br><br>The bottom image shows a change in the voltage reading, from ~5V to a second voltage level (such as ~12V) when the Satechi ST-Q21FM is connected to the USB voltage meter and thus the external power supply.<br><br>The Satechi Qi2 Charger's PTx Control Unit's request caused the change from ~5V to ~12V. ~12V is higher than ~5V. The voltage values of ~12V and ~5V are non-limiting examples of how this claim is met. | <br><br>Source: Images of USB voltage meter testing on the ST-Q21FM Satechi charger |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 5 | Analysis | Select Evidence |
|---|---|---|
| The wireless power transmitter of claim 1, wherein the second frequency is higher than the first frequency. | Satechi Qi2 Chargers infringe claim 5 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>The Satechi Qi2 Charger has two operating frequencies (e.g., 128kHz and 360kHz).<br><br>360kHz is higher than 128kHz. | <br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 182<br>**6.2 Frequency Shift Keying (PTx to PRx)**<br>The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:<br>(see table below)<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181 |



| **Parameter** | **Value** | |
|---|---|---|
| | **MPP (128 kHz digital ping)** | **MPP (360 kHz ramp up ping and power transfer)** |
| Power Frequency ($F_{op}$) | 127.772 kHz | 360 kHz |
| Modulation Frequency ($F_{mod}$) | 125.435 kHz | 366.412 kHz |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 6</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td>The wireless power transmitter of claim 1, wherein at least the first frequency is within a range of about 87 kilohertz ("KHz") to about 205 kHz.</td><td>Satechi Qi2 Chargers infringe claim 6 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>The Satechi Qi2 Charger has two operating frequencies (e.g., 128kHz and 360kHz).<br><br>128kHz is within the range of about 87-205 kHz.</td><td>
<br>
Figure 121 - System Model for FSK Transmitter .<br>
Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 182<br>
6.2 Frequency Shift Keying (PTx to PRx)<br>
The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:<br>
<table>
<tr><th rowspan="2">Parameter</th><th colspan="2">Value</th></tr>
<tr><th>MPP (128 kHz digital ping)</th><th>MPP (360 kHz ramp up ping and power transfer)</th></tr>
<tr><td>Power Frequency ($F_{op}$)</td><td>127.772 kHz</td><td>360 kHz</td></tr>
<tr><td>Modulation Frequency ($F_{mod}$)</td><td>125.435 kHz</td><td>366.412 kHz</td></tr>
</table>
Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 7 | Analysis | Select Evidence |
|---|---|---|
| The wireless power transmitter of claim 1, wherein the external power supply comprises one or both of (1) a voltage regulator or (ii) a power-supply controller. | Satechi Qi2 Chargers infringe claim 7 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>The Satechi Qi2 Charger is operable with external power supplies, such as a USB PD brick.<br><br>USB PD bricks must comply with the Universal Serial Bus Power Delivery | **2.4 Architectural overview**<br><br>**2.4.1 System Description**<br>Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:<br>• External power source - in many cases a separate adapter such as a USB PD brick.<br>• Variable Voltage Supply - for voltage control of the power signal<br>...<br>**2.4.2 System block diagrams**<br>Figure 4 shows the system-level diagrams for a typical MPP system. There are also functional diagrams for three sub-blocks:<br>• MPP PTx: Figure 5<br>• MPP accessory: Figure 6<br>• MPP PRx: Figure 7<br><br>**Figure 4 - System block diagram.**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16 and 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 7 | Analysis | Select Evidence |
|---|---|---|
| | Specification, which supports "Programmable Power Supply (PPS) charging using a set of defined standard voltage ranges")<br><br>The USB PD specification also supports "Adjustable Voltage Supply (AVS) charging" which uses "a set of defined standard voltage ranges . . . ."<br><br>Therefore, USB PD bricks must necessarily contain at least one of a voltage regulator or a power-supply controller.<br><br>USB PD bricks must also necessarily contain at least one of a voltage regulator or a power-supply controller to | (see evidence below) |

### 2.8.2 Programmable Power Supply (PPS) Charging Models

USB Power Delivery includes support for *Programmable Power Supply* (*PPS*) charging using a set of defined standard voltage ranges. With current up to the limit of the *Source*'s and cable's *Advertised Capabilities*. Additionally, when operating in *SPR Mode* the current is also limited by the ***Operating Current*** field value in the ***Request*** *Message*.

**Note:** *PPS* operation is not available in *EPR Mode*.

The standard voltage ranges available in the *Standard Power Range* (*SPR*) for *PPS* are summarized in *Table 2.2, "PPS Voltage Power Ranges"*.

**Table 2.2 PPS Voltage Power Ranges**

| Available Current | Prog | Min Voltage (V) | Max Voltage (V) | PDP Range |
|---|---|---|---|---|
| 3A | 9V Prog | 5 | 11 | 16 – 60W |
| | 15V Prog | 5 | 16 | |
| | 20V Prog | 5 | 21 | |
| 5A[1] | 20V Prog | 5 | 21 | 61 – 100W |
| 1) Requires 5A cable. | | | | |

...

### 2.8.3 Adjustable Voltage Supply (AVS) Charging Models

USB Power Delivery operating in *SPR Mode* (when *PDP* is higher than 27W) and *EPR Mode* includes support for *Adjustable Voltage Supply* (*AVS*) charging using a set of defined standard voltage ranges based on the *Source*'s *PDP Rating*.

The standard voltage ranges available for *AVS* are summarized in *Table 2.3, "AVS Voltage Power Ranges"*.

**Table 2.3 AVS Voltage Power Ranges**

| PDP | Minimum Voltage (V) | Maximum Voltage (V) | Maximum Available Current[3] | Minimum Voltage (V) | Maximum Voltage (V) | Maximum Available Current |
|---|---|---|---|---|---|---|
| >27…45W | 9 | 15 | 3A | *N/A* | | |
| >45…60W | 9 | 20 | 3A | | | |
| >60…100W | 9 | 20 | 5A[1] | | | |
| 100…140W | 9 | 20 | 5A[2] | 15 | 28 | 5A[2] |
| >140…180W | 9 | 20 | 5A[2] | 15 | 36 | 5A[2] |
| >180…240W | 9 | 20 | 5A[2] | 15 | 48 | 5A[2] |

1) Requires 5A cable.
2) Requires an *EPR* Cable.
3) The maximum available *SPR AVS* current is determined by the maximum available current in the *Fixed Supply* 15V *PDO* in the 9 - 15V range and *Fixed Supply* 20V *PDO* in the 15 - 20V range.

Source: USB PD Specification (Rev. 3.2, Version 1.1, Oct. 2024) pgs. 75 and 76 (retrieved from https://usb.org/document-library/usb-power-delivery)

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 7 | Analysis | Select Evidence |
|---|---|---|
| | change $P_{IN}$ (e.g., from ~5V to ~12V). | Source: Images of USB voltage meter testing on the ST-Q21FM Satechi charger |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 11 | Analysis | Select Evidence |
|---|---|---|
| [11(Preamble)] The wireless power transmitter of claim 1, wherein the executable code stored on the at least one non-transitory machine-readable medium that, when executed by the at least one processor, causes the at least one controller to cause the configurable frequency of the drive signal to be changed from the first frequency to the second frequency comprises executable code stored on the at least one non-transitory machine-readable medium that, when executed by the at least one processor, causes the at least one controller to: | Satechi Qi2 Chargers infringe claim 11 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to operate as described below. | <br><br>**Figure 5 - MPP PTx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18<br><br>The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 11 | Analysis | Select Evidence |
|---|---|---|
| [11(a)] cause the configurable frequency of the drive signal to be changed from the first frequency to the second frequency based on a change in power requirements for the wireless power transmitter. | The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to, cause the change in the Frequency Command's frequency (e.g., from 128 kHz to 360 kHz) based on a change in the Satechi Qi2 Charger's power requirements.<br><br>As explained above, the Satechi Qi2 Charger can operate at either 128 kHz or 360 kHz.<br><br>The Frequency Command's frequency changes depending on the Satechi Qi2 Charger's operations and power requirements.<br><br>The operations include the ping, configuration, and | **7.3 Magnetic Protocol - Full Mode**<br>As shown in Figure 15, the *magnetic protocol (full mode)* has five distinct phases: ping, configuration, negotiation, power, and cloak. The system runs through the ping, configuration, and negotiation phases twice, initially at an operating frequency of 128 kHz and after a restart at an operating frequency of 360 kHz.<br><br>**Figure 15 - Phases of magnetic protocol (full mode)**<br><br>• *Ping phase (128 kHz)*: This phase is identical to the ping phase of the baseline protocol.<br>• *Configuration phase (128 kHz)*:This phase is identical to the configuration phase of the baseline protocol but for two exceptions. At the end of the phase, the PTx uses a response pattern to acknowledge that it enters the negotiation phase of the magnetic protocol. This response pattern is different from the one used to enter the negotiation phase in the extended protocol. In addition, the PRx sends a signature identifying the configuration phase as part of the magnetic protocol. Hereto it uses a data packet that is optional in the baseline protocol.<br>• *Negotiation phase (128 kHz):* The PRx and PTx exchange a minimal sequence of questions and answers to prepare for a restart of the protocol, changing the operating frequency to 360 kHz.<br>• *Ping phase (360 kHz):* This phase is identical to the ping phase of the baseline protocol.<br>• Configuration phase (360 kHz). This phase is identical to the first pass through the configuration phase running at an operating frequency of 128 kHz.<br>• *Negotiation phase (360 kHz):* The PRx and PTx exchange a sequence of questions and answers to determine whether it is possible to transfer more power than contained in the default power transfer contract (i.e., a guaranteed load power level of 5 W). In addition, the PRx provides some design information to enable the PTx to improve its FOD performance. At the end of the negotiation phase, the PTx acknowledges a request from the PRx to proceed to the power phase.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 19 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 11 | Analysis | Select Evidence |
|---|---|---|
| | negotiation phases that are explained in claim 1.<br><br>As mentioned before, the Satechi Qi2 Charger operates at 128kHz in BPP Mode . | <br>**Figure 9 - MPP Power Transmitter Configuration Phase Decision Tree Flow - 128 kHz ping**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pg. 24 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 11 | Analysis | Select Evidence |
|---|---|---|
| | The Satechi Qi2 Charger operates at 360kHz in MPP Mode (both Low Coupling MPP Mode and High Coupling MPP Mode).<br><br>The Satechi Qi2 Charger has a power requirements that include (1) a $V_{in}$ value of 11.5V at an operating frequency of 128 kHz; and (2) a $V_{in}$ value of 11V at an | (see evidence below) |

**5.3.1.2 PTx resonant capacitor selection**

In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see *Section 5.2.1.3, System model resonance tuning in MPP mode*

**Table 26 - PTx power stage capacitor switches configuration.**

| S1 | S2 | Transmitter frequency | Power transfer mode |
|---|---|---|---|
| closed | closed | 128 kHz | Digital ping 128 kHz and power transfer |
| open | open | 360 kHz | Digital ping 360 kHz and power transfer (low coupling) |
| closed | open | 360 kHz | Digital ping 360 kHz and power transfer (high coupling) |

* "High" coupling and "low" coupling is determined by the k estimation stage (See *Section 5.7, K Estimation* ) which is performed in the digital ping phase. The value of k separating low and high coupling is given in the Table 27.

**Table 27 - PTx electrical properties (system model), during power transfer.**

| | Value |
|---|---|
| Input voltage range | 11 V - 19 V (MPT#1)<br>11 V - 25 V (MPT#2)<br>Capped at 18 V in low-k mode (See *Section 5.9.2.3.4, Low-k Mode* ) |
| Amplitude modulation resolution | 30 mV |
| Duty cycle | 50% |
| Max Vin with phase shift control | 11 V |
| θ (PTx inverter phase shift) control range | 0- 50 degrees |
| θ (PTx inverter phase shift) control resolution | 0.5 degrees |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}$ at high coupling ≥ 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 101 nF (96-106 nF) |
| Primary coil tuning capacitor $C_{tx1}$ at low coupling < 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 68 nF (64.6-71.4 nF) |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}+C_{tx3}$ (BPP mode, see Table 26) | 491 nF (466.7-515.5 nF) |

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 135 and 136

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 11 | Analysis | Select Evidence |
|---|---|---|
| | operating frequency of 360 kHz.<br><br>Therefore, a change from an operating frequency of 128 kHz to 360 kHz (e.g., from non-MPP Mode to an MPP Mode) requires a change in the Satechi Qi2 Charger's power requirements. | **5.6.2 Specifications**<br><br>**5.6.2.1 PTx Digital Ping Specifications**<br>PTx Digital Ping specifications include identification sequence with:<br>• InverterConfig == "128_HB_Low" (128 kHz Ping HB_Low)<br>• InverterConfig == "360_FB" (360 kHz Ping FB)<br>These inverter configurations are necessary for a successful digital ping between an MPP PTx and MPP PRx.<br>…<br>**5.6.2.2 PTx Digital Ping Specifications - 128 kHz Ping HB_Low**<br>**5.6.2.2.1 PTx DP 128 kHz HB_Low Spec 1**<br>PTx shall ensure its $V_{inv}$ settles to 11.5 V<br>…<br>**5.6.2.3 PTx Digital Ping Specifications - 360 kHz Ping FB**<br>**5.6.2.3.1 PTx DP 360 kHz FB Spec 1**<br>PTx shall ensure its $V_{in}$ is stable at 11 V.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 136, 144-45 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.



| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| [12(Preamble)] The wireless power transmitter of claim 1, wherein the executable code stored on the at least one non-transitory machine-readable medium that, when executed by the at least one processor, causes the at least one controller to cause the configurable frequency of the drive signal to be changed from the first frequency to the second frequency comprises executable code stored on the at least one non-transitory machine-readable medium that, when executed by the at least one processor, causes the at least one controller to: | Satechi Qi2 Chargers infringe claim 12 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to operate as described below. | <br>**Figure 5 - MPP PTx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18<br><br>The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| [12(a)] cause the configurable frequency of the drive signal to be changed from the first frequency to the second frequency based on receiving a signal from a given wireless power receiver. | The Qi2 Software causes the PTx Control Unit to perform the below operations.<br><br>Initially, the Satechi Qi2 Charger's PTx Control Unit causes the Satechi Qi2 Charger to operate at 128kHz. During this time, a 128kHZ "ping phase" occurs.<br><br>The 128kHz ping phase is followed by a 128kHz configuration phase, during which the PTx Control Unit determines whether Satechi Qi2 Charger should continue operating at 128kHz or if it should change the operating frequency to 360kHz for MPP operations.<br><br>In this ping phase, the Satechi Qi2 Charger sends | **7.3 Magnetic Protocol - Full Mode**<br><br>As shown in Figure 15, the *magnetic protocol (full mode)* has five distinct phases: ping, configuration, negotiation, power, and cloak. The system runs through the ping, configuration, and negotiation phases twice, initially at an operating frequency of 128 kHz and after a restart at an operating frequency of 360 kHz.<br><br><br><br>A change in the operating frequency<br><br>**Figure 15 - Phases of magnetic protocol (full mode)**<br><br>• *Ping phase (128 kHz)*: This phase is identical to the ping phase of the baseline protocol.<br>• *Configuration phase (128 kHz)*:This phase is identical to the configuration phase of the baseline protocol but for two exceptions. At the end of the phase, the PTx uses a response pattern to acknowledge that it enters the negotiation phase of the magnetic protocol. This response pattern is different from the one used to enter the negotiation phase in the extended protocol. In addition, the PRx sends a signature identifying the configuration phase as part of the magnetic protocol. Hereto it uses a data packet that is optional in the baseline protocol.<br>• *Negotiation phase (128 kHz)*: The PRx and PTx exchange a minimal sequence of questions and answers to prepare for a restart of the protocol, changing the operating frequency to 360 kHz.<br>• *Ping phase (360 kHz)*: This phase is identical to the ping phase of the baseline protocol.<br>• Configuration phase (360 kHz). This phase is identical to the first pass through the configuration phase running at an operating frequency of 128 kHz.<br>• *Negotiation phase (360 kHz)*: The PRx and PTx exchange a sequence of questions and answers to determine whether it is possible to transfer more power than contained in the default power transfer contract (i.e., a guaranteed load power level of 5 W). In addition, the PRx provides some design information to enable the PTx to improve its FOD performance. At the end of the negotiation phase, the PTx acknowledges a request from the PRx to proceed to the power phase.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 19 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| | out 128kHz analog and digital pings to identify the receiving device.<br><br>The Satechi Qi2 Charger receives "Identification (ID)" and "Extended Identification (XID)" packets from the receiving device.<br><br>The ID packets indicate the Qi protocol version.<br><br>The XID packets identify whether the receiving device supports the MPP.<br><br>A receiving device supports the MPP if: (1) the ID packet indicates that the receiving device supports Qi2; and (2) the XID packet indicates that the receiving device supports the MPP.<br><br>The flow chart on the right shows the PTx Control Unit's decision making process during the 128kHz configuration phase. | **3.2.2 Startup Behavior**<br>An MPP-compatible Power Receiver shall start by sending the following sequence of packets during the ping/configuration phase.<br>1. Signal Strength (SIG)<br>2. Identification (ID)<br>3. Extended Identification (XID)<br>4. Power Control Hold-Off (PCH) - *Optional*<br>5. Configuration Packet (CFG)<br><br>The packets shall contain the MPP identifiers as described in this section to allow an MPP-compatible Power Transmitter to identify the Power Receiver.<br>...<br>**3.3.3 Startup Behavior**<br>After detecting PRx placement on the charging surface, MPP PTx shall perform digital ping and identify the Power Receiver using the information embedded in ID and XID packets as described in *Section 3.2.2, Startup Behavior*.<br><br>From the Power Transmitter's 's perspective, a PRx supports MPP if both of the following conditions are satisfied:<br>1. **Qi Version:** Qi protocol version in ID packet (*Section 3.2.2, Startup Behavior*) is set to (Major=2, Minor=0) or higher.<br>2. **MPP Support Advertised:** Sub-header (byte 0) in XID packet is set to MPP selector (*Section 8.1.20, Qi MPP Extended Identification - MPP-XID (0x81)*)<br><br>If the conditions are not satisfied, the Power Transmitter shall proceed to the next phase according to the Qi specifications.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pg. 22 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 12</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td></td><td>
It can be seen that the operating frequency is initially set to 128kHz for the ping phase.
The PTx Control Unit receives the ID/XID packets from the receiving device.
If XID packets indicate that the receiving device does not support the MPP, the PTx Control Unit keeps the Satechi Qi2 Charger operating at 128kHz (“Proceed as non-MPP Qi v.1x PTx”).
If XID packets indicate that the receiving device supports the MPP, the PTx Control Unit proceeds down the decision making tree.
The PTx Control Unit cause the change in the Frequency Command’s frequency from 128 kHz to 360 kHz when it determines that the receiving device wishes to operate in an MPP Mode (either MPP’s “Restricted Mode” or MPP’s “Full Mode.”).<br>This is because both MPP’s “Restricted Mode” and MPP’s “Full Mode” require the Satechi Qi2 Charger to operate at 360 kHz.
</td><td>


Figure 9 - MPP Power Transmitter Configuration Phase Decision Tree Flow - 128 kHz ping
Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pg. 24
</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| | | See evidence below |

### 4.3.3 Frequency Selection

PRx shall select a new operating frequency (360 kHz) using *SRQ/freqsel* (*Section 8.1.4, Specific Request [Frequency Selection] - SRQ/freqsel (0x20)*).

After selecting the new frequency and terminating the negotiation using *SRQ/en*, PRx shall request a re-ping using *EPT/rep* to allow PTx to activate the new selected frequency.

1. *EPT/rep* will cause the PTx to remove the power signal, change the operating frequency to the selected value and reset the power contract elements.

…

## 4.4 Negotiation Phase - 360 kHz

PRx shall use the 360 kHz negotiation phase to negotiate the required power contract elements before entering power transfer phase.

…




**Figure 16 - MPP Power Negotiation Flow at 360 kHz**

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pgs. 33-35

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 14 | Analysis |
|---|---|
| The wireless power transmitter of claim 1, wherein the configurable voltage level is selected from a group of voltage levels that includes 5 volts, 9 volts, and 15 volts. | Satechi Qi2 Chargers infringe claim 14 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>As mentioned before, the Satechi Qi2 Charger is operable with external power supplies, such as a USB PD brick.<br><br>USB PD bricks provide $P_{IN}$ to the Satechi Qi 2 Charger.<br><br>As seen on the right, the voltage levels of $P_{IN}$ includes 5V, 9V, and 15V. |

**Select Evidence**

## 2.8.2 Programmable Power Supply (PPS) Charging Models

USB Power Delivery includes support for *Programmable Power Supply* (*PPS*) charging using a set of defined standard voltage ranges. With current up to the limit of the *Source*'s and cable's *Advertised Capabilities*. Additionally, when operating in *SPR Mode* the current is also limited by the ***Operating Current*** field value in the ***Request*** *Message*.

**Note:** *PPS* operation is not available in *EPR Mode*.

The standard voltage ranges available in the *Standard Power Range* (*SPR*) for *PPS* are summarized in *Table 2.2, "PPS Voltage Power Ranges"*.

**Table 2.2 PPS Voltage Power Ranges**

| Available Current | Prog | Min Voltage (V) | Max Voltage (V) | PDP Range |
|---|---|---|---|---|
| 3A | 9V Prog | 5 | 11 | 16 – 60W |
| | 15V Prog | 5 | 16 | |
| | 20V Prog | 5 | 21 | |
| 5A[1] | 20V Prog | 5 | 21 | 61 – 100W |

1) Requires 5A cable.

...

## 2.8.3 Adjustable Voltage Supply (AVS) Charging Models

USB Power Delivery operating in *SPR Mode* (when *PDP* is higher than 27W) and *EPR Mode* includes support for *Adjustable Voltage Supply* (*AVS*) charging using a set of defined standard voltage ranges based on the *Source*'s *PDP Rating*.

The standard voltage ranges available for *AVS* are summarized in *Table 2.3, "AVS Voltage Power Ranges"*.

**Table 2.3 AVS Voltage Power Ranges**

| PDP | | | | | | |
|---|---|---|---|---|---|---|
| | Minimum Voltage (V) | Maximum Voltage (V) | Maximum Available Current[3] | Minimum Voltage (V) | Maximum Voltage (V) | Maximum Available Current |
| >27…45W | 9 | 15 | 3A | *N/A* | | |
| >45…60W | 9 | 20 | 3A | | | |
| >60…100W | 9 | 20 | 5A[1] | | | |
| 100…140W | 9 | 20 | 5A[2] | 15 | 28 | 5A[2] |
| >140…180W | 9 | 20 | 5A[2] | 15 | 36 | 5A[2] |
| >180…240W | 9 | 20 | 5A[2] | 15 | 48 | 5A[2] |

1) Requires 5A cable.

2) Requires an *EPR* Cable.

3) The maximum available *SPR AVS* current is determined by the maximum available current in the *Fixed Supply* 15V *PDO* in the 9 - 15V range and *Fixed Supply* 20V *PDO* in the 15 - 20V range.

Source: USB PD Specification (Rev. 3.2, Version 1.1, Oct. 2024) pgs. 75 and 76 (retrieved from https://usb.org/document-library/usb-power-delivery)

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 16</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td>The wireless power transmitter of claim 1, wherein the inverter comprises a full-bridge inverter.</td><td>Satechi Qi2 Chargers infringe claim 16 because they comprise the wireless power transmitter of claim 1, wherein the Satechi Qi2 Charger’s Inverter is a full-bridge inverter.</td><td>2.4 Architectural overview<br><br>2.4.1 System Description<br>Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:<br>• External power source - in many cases a separate adapter such as a USB PD brick.<br>• Variable Voltage Supply - for voltage control of the power signal<br>• Inverter - a full-bridge DC/AC converter to produce the AC power signal<br>…<br><br><br>Figure 5 - MPP PTx functional diagram.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 18</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>The wireless power transmitter of claim 1, wherein the inverter is configured to receive an input voltage signal having a configurable inverter input voltage level that is in a range between 5 volts and 20 volts, and wherein the configurable inverter input voltage level is based on the configurable voltage level of the supply voltage signal.</td>
<td>Satechi Qi2 Chargers infringe claim 18 because they comprise the wireless power transmitter of claim 1, with the additional limitation(s) described below.<br><br>The Satechi Qi2 Charger's Inverter receives an input voltage signal ($V_{in}$) that is within the range of 5-20V (e.g., 11.5V or 11V).<br><br>$V_{in}$ is based on $P_{IN}$'s voltage level. This is because the</td>
<td>




**Figure 5 - MPP PTx functional diagram.**

...

**5.6.2 Specifications**

**5.6.2.1 PTx Digital Ping Specifications**

PTx Digital Ping specifications include identification sequence with:

- InverterConfig == "128_HB_Low" (128 kHz Ping HB_Low)
- InverterConfig == "360_FB" (360 kHz Ping FB)

These inverter configurations are necessary for a successful digital ping between an MPP PTx and MPP PRx.

...

**5.6.2.2 PTx Digital Ping Specifications - 128 kHz Ping HB_Low**

**5.6.2.2.1 PTx DP 128 kHz HB_Low Spec 1**

PTx shall ensure its $V_{inv}$ settles to 11.5 V

...

**5.6.2.3 PTx Digital Ping Specifications - 360 kHz Ping FB**

**5.6.2.3.1 PTx DP 360 kHz FB Spec 1**

PTx shall ensure its $V_{in}$ is stable at 11 V.

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18, 136, 144-45

</td>
</tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 18 | Analysis | Select Evidence |
|---|---|---|
| | Variable Voltage supply receives $P_{IN}$ and generates $V_{in}$ therefrom. | <br>**Figure 5 - MPP PTx functional diagram.**<br>…<br>**2.4 Architectural overview**<br>**2.4.1 System Description**<br>Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:<br>• External power source - in many cases a separate adapter such as a USB PD brick.<br>• Variable Voltage Supply - for voltage control of the power signal<br>…<br>**5.10.2.2.1 PTx Control**<br>With inverter frequency fixed, PTx controls the power by adjusting the voltage applied to the inductive ac link based on the XCE packets from PRx. This can be achieved by either<br>• (Vin control mode) adjusting the inverter input voltage Vin to the inverter between VIN_MIN and VIN_MAX, or<br>• (phase control mode) adjusting the inverter phase θ (see *Section 5.3.1.1, Definition of inverter phase θ* ) between PHASE_MIN and PHASE_MAX.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16, 18, and 168 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(Preamble)] A wireless power transmitter comprising: | Satechi's Qi2-certified wireless chargers infringe claim 19 because they comprise the wireless power transmission system described below.<br><br>As already explained in claim 1, Satechi's Qi2-certified PTx products ("Satechi Qi2 Charger(s)") can provide up to 15W of wireless charging to a PRx via the Magnetic Power Profile ("MPP"). | <br><br>**Figure 5 - MPP PTx functional diagram.**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(a)] a power-supply interface that is operable to receive, from an external power supply, a supply voltage signal having a configurable voltage level; | Satechi Qi2 Chargers contain a power-supply interface that can operate as described below.<br><br>As seen on the right, the Satechi Qi2 Chargers receives a power signal | **2.4 Architectural overview**<br><br>**2.4.1 System Description**<br>Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:<br>• External power source - in many cases a separate adapter such as a USB PD brick.<br>• Variable Voltage Supply - for voltage control of the power signal<br>...<br>**2.4.2 System block diagrams**<br>Figure 4 shows the system-level diagrams for a typical MPP system. There are also functional diagrams for three sub-blocks:<br>• MPP PTx: Figure 5<br>• MPP accessory: Figure 6<br>• MPP PRx: Figure 7<br><br><br>**Figure 4 - System block diagram.**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16 and 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| | ($P_{IN}$) from an external power supply (e.g., a Universal Serial Bus ("USB") power delivery ("PD") brick) via its USB-C power input port.<br><br>Satechi Qi2 Chargers contain a voltage regulator (a "Variable Voltage Supply"). | **Connector Type**<br>USB-C<br>USB-C cable included, 30W power adapter sold separately.<br><br><br>Source: [https://satechi.net/products/2-in-1-foldable-qi2-wireless-charging-stand](https://satechi.net/products/2-in-1-foldable-qi2-wireless-charging-stand)<br><br><br>Source: Image of the ST-Q21FM Satechi charger |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| | As seen on the right, the Variable Voltage Supply configures the voltage of the $P_{IN}$ power signals.<br><br>The Variable Voltage Supply receives and configures ($P_{IN}$). This results in the Variable Voltage Supply generating ($V_{in}$). $V_{in}$ is the "Input DC Voltage" for the QI2 Charger's Inverter. | <br><br>**Figure 5 - MPP PTx functional diagram.**<br>...<br>**2.4 Architectural overview**<br>**2.4.1 System Description**<br>Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:<br>• External power source - in many cases a separate adapter such as a USB PD brick.<br>• Variable Voltage Supply - for voltage control of the power signal<br>...<br>**5.10.2.2.1 PTx Control**<br>With inverter frequency fixed, PTx controls the power by adjusting the voltage applied to the inductive ac link based on the XCE packets from PRx. This can be achieved by either<br>• (Vin control mode) adjusting the inverter input voltage Vin to the inverter between VIN_MIN and VIN_MAX, or<br>• (phase control mode) adjusting the inverter phase θ (see *Section 5.3.1.1, Definition of inverter phase θ*) between PHASE_MIN and PHASE_MAX.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16, 18, and 168 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(b)] a power conditioning system that is operable to | Satechi Qi2 Chargers include a power conditioning system comprising an Inverter. | <br><br>**Figure 5 - MPP PTx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18<br>Figure 2 provides a simplified model of a wireless power system, consisting of six blocks. The three blocks to the left of the power transfer interface represent a Power Transmitter and its supply. The three to the right represent a Power Receiver and its Load. Typically, these blocks comprise the following elements.<br>• *Supply:* in many cases a separate adapter such as a USB PD brick.<br>• *Inverter:* a half-bridge or full-bridge for DC/AC conversion.<br>• *Resonant Tank:* a coil and series capacitor boosting the power transfer capability.<br>• *Rectifier:* either a diode bridge or an active (synchronous) bridge for AC/DC conversion.<br>• *Load:* a power sink drawn by the Power Receiver Product, typically a mobile phone's power input to an internal battery charger.<br><br><br>**Figure 2 - Simplified model of a wireless power transfer system**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Power Delivery) pg. 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(b)(i)] (i) receive the supply voltage signal having the configurable voltage level, | The Satechi Qi2 Charger's Variable Voltage Supply sends $V_{in}$ to the Satechi Qi2 Charger's Inverter. The Inverter receives $V_{in}$. |  <br>**Figure 5 - MPP PTx functional diagram.**<br>…<br>Symbol: $V_{in}$ — Name: PTx Inverter Input DC Voltage<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16 and 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(b)(ii)] (ii) receive a drive signal having a configurable frequency, and | The Satechi Qi2 Charger's Frequency-Shift Keying ("FSK") Modulator sends a drive signal (the "Frequency Command") to the Satechi Qi2 Charger's Inverter. The Inverter receives the Frequency Command.<br><br>The Frequency Command has a configurable frequency.<br><br>When the Satechi Qi2 Charger is operating at 128KHz, the Frequency | <br>**Figure 5 - MPP PTx functional diagram.**<br>...<br><br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 19</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td></td><td>Command can be configured to be 127.772kHz (nominal operating frequency or $F_{op}$) or 125.435kHz (modulated frequency or $F_{mod}$).<br><br>At 360kHz, the Frequency Command can be configured to be 360kHz ($F_{op}$) or 366.412kHz($F_{mod}$). Frequency dithering can further modify the configurable Frequency Command by +/- 7kHz.</td><td>

6.2 Frequency Shift Keying (PTx to PRx)<br>
The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:<br>

<table>
<tr><th rowspan="2">Parameter</th><th colspan="2">Value</th></tr>
<tr><th>MPP (128 kHz digital ping)</th><th>MPP (360 kHz ramp up ping and power transfer)</th></tr>
<tr><td>Power Frequency ($F_{op}$)</td><td>127.772 kHz</td><td>360 kHz</td></tr>
<tr><td>Modulation Frequency ($F_{mod}$)</td><td>125.435 kHz</td><td>366.412 kHz</td></tr>
</table>
...<br>
6.2.1 System Model<br>
6.2.1.1 FSK Modulator (PTx)<br>
The system model FSK transmitter is presented in Figure 121. In general, Power Transmitter varies its operating frequency to transmit data to the Power Receiver.<br><br>
When operating at 128 kHz, the PTx performs FSK modulation by switching between the nominal operating frequency, $F_{OP}$, of 127.772 kHz and the modulated frequency, $F_{MOD}$, of 125.435 kHz.<br><br>
When operating at 360 kHz:<br>
• the PTx performs FSK modulation by switching between the nominal operating frequency, $F_{OP}$, of 360 kHz and the modulated frequency, $F_{MOD}$, of 366.412 kHz<br>
• frequency dithering is used, with a repetition length of 16 power frequency cycles and a deviation of -7 kHz to +7 kHz<br>
• the frequency dithering deviation is larger than the FSK modulation depth<br>
• $F_{OP}$ and $F_{MOD}$ values are the averages measured over a period of 16 cycles<br>
Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181
</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(b)(iii)] (iii) based on the supply voltage signal and the drive signal, produce an alternating current ("AC") signal having the configurable frequency and a configurable power level that corresponds to the configurable voltage level of the supply voltage signal, wherein the power conditioning system comprises an inverter; | The Satechi Qi2 Charger's Inverter converts the DC power signal to an AC power signal. The Inverter sends the AC power signal to the Satechi Qi2 Charger's Resonant Circuit.<br><br>The AC power signal operates at and matches the frequency of the | <br>**Figure 5 - MPP PTx functional diagram.**<br>...<br><br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| | Frequency Command (e.g., 128Khz or 360kHz).<br><br>The AC power signal has a voltage that corresponds to an "Equivalent Voltage" ($V_{inv}$). | **4.3 Operating frequency**<br>The operating frequency typically is in the range of 87 to 205 kHz. A Power Transmitter can—but does not have to—use the operating frequency to control the amount of power that is transferred to a Power Receiver. For this purpose, the frequency response of the Power Transmitter/Power Receiver system typically has a resonance near the lower end of the operating frequency range. A lower operating frequency results in a higher amount of power transferred and a higher frequency in a lower amount of power.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Introduction) pg. 12<br>**7.3 Magnetic Protocol - Full Mode**<br>As shown in Figure 15, the *magnetic protocol (full mode)* has five distinct phases: ping, configuration, negotiation, power, and cloak. The system runs through the ping, configuration, and negotiation phases twice, initially at an operating frequency of 128 kHz and after a restart at an operating frequency of 360 kHz.<br><br><br>**Figure 15 - Phases of magnetic protocol (full mode)**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 19 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| | $V_{inv}$ corresponds to $V_{in}$ because $V_{inv}$ is "a value equal or proportional to the first harmonic of [the] Power Transmitter's inverter voltage output." | $V_{inv}$ — PTx Equivalent Inverter Voltage — Equivalent inverter voltage that considers the inverter phase shift and duty cycle. See *Section 5.9.4.1, Equivalent Vinv* .<br>...<br>**5.9.4 PTx Specification Notes**<br>**5.9.4.1 Equivalent Vinv**<br>Equivalent Vinv is defined as a value equal or proportional to the first harmonic of Power Transmitter's inverter voltage output. For example, the system model PTx follows the full-bridge design in Figure 96, and the following is a valid definition of Vinv:<br>$V_{inv} = V_{in} \sin \frac{\pi-\theta}{2} \approx V_{in}\left(1 - \frac{1}{2}\left(\frac{\pi}{2}\right)^2 x^2 + \frac{1}{24}\left(\frac{\pi}{2}\right)^2 x^4\right), \quad x \triangleq \frac{\theta}{\pi}$<br>where the definition of phase $\theta$ follows the definition in *Section 5.3.1.1, Definition of inverter phase $\theta$* .<br>**NOTE:** In this equation, theta is in radians.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 21 and 164 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(c)] a driver that is configured to<br><br>[19(c)(i)] (i) produce the drive signal having the configurable frequency and<br><br>[19(c)(ii)] (ii) provide the drive signal having the configurable frequency as input to the power conditioning system comprising the inverter; | The Satechi Qi2 Charger's FSK Modulator comprises the claimed driver.<br><br>The FSK Modulator is configured to produce the Frequency Command and provide the Frequency Command to the Inverter. | <br>**Figure 5 - MPP PTx functional diagram.**<br><br>...<br><br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| | | The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(d)] a capacitor circuit that is operable to | The Satechi Qi2 Charger's Resonant Circuit comprises a bank of three capacitors and two switches.<br><br>The capacitors include $C_{tx1}$, $C_{tx2}$, and $C_{tx3}$. | <br>Figure 5 - MPP PTx functional diagram.<br><br>…<br><br>Figure 121 - System Model for FSK Transmitter .<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| | The switches include S1 and S2. | **5.3.1 System Model**<br>Power transmitter power stage configuration is presented in Figure 96 and in Table 26.<br>• In BPP mode and during 128 kHz digital ping switches S1 and S2 are closed. See *Section 5.6, Digital Pings 128 kHz/360 kHz* .<br>• After MPP handshake, starting with the 360 kHz digital ping, PTx transfers to 360 kHz operation mode and will select $C_{tx}$ capacitor based on coupling estimation. Coupling estimation threshold, $C_{tx1}$ and $C_{tx2}$ are selected such that the phase delay between the voltage and phase fundamental tones is always higher than 20 degrees for inductive mode of operation and minimum power delivery is 15 W inside 2 mm cylinder. See *Section 5.7, K Estimation* .<br>• The system model PTx employs full-bridge converter with input voltage control and phase-shift control to regulate transmitted power. Whenever possible, the system model PTx prefers voltage control over phase control. See *Section 5.10, Power Transfer Control* .<br>• Operation frequency is fixed at 360 kHz, with no variable frequency operation.<br>• Impedance tuning circuit comprising $C_{tx1}$, $C_{tx2}$, $C_{tx3}$, S1 and S2 is controlled as described in Table 27.<br><br><br>**Figure 96 - PTx power stage block diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 134 |

<table>
<tr><th>Claim 19</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td></td><td></td><td>
5.3.1.2 PTx resonant capacitor selection<br><br>
In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see Section 5.2.1.3, System model resonance tuning in MPP mode<br><br>
Table 26 - PTx power stage capacitor switches configuration.<br>
<table>
<tr><th>S1</th><th>S2</th><th>Transmitter frequency</th><th>Power transfer mode</th></tr>
<tr><td>closed</td><td>closed</td><td>128 kHz</td><td>Digital ping 128 kHz and power transfer</td></tr>
<tr><td>open</td><td>open</td><td>360 kHz</td><td>Digital ping 360 kHz and power transfer<br>(low coupling)</td></tr>
<tr><td>closed</td><td>open</td><td>360 kHz</td><td>Digital ping 360 kHz and power transfer<br>(high coupling)</td></tr>
</table>
Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 135
</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 19</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>[19(d)(i)] (i) receive the AC signal that is produced by the power conditioning system comprising the inverter and</td>
<td>As mentioned above, the Satechi Qi2 Charger's Inverter sends the AC power signal to the Satechi Qi2 Charger's Resonant Circuit.<br><br>The Resonant Circuit receives the AC power signal.</td>
<td>



Figure 5 - MPP PTx functional diagram.

...




Figure 121 - System Model for FSK Transmitter .

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 182
</td>
</tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(d)(ii)] (ii) tune the AC signal; | The Satechi Qi2 Charger's Resonant Circuit's capacitors ($C_{tx1}$, $C_{tx2}$, and $C_{tx3}$) and switches (S1 and S2) are selected based on the Power Profile Signal.<br><br>As seen on the right, the Resonant Circuit is "controlled as described in Table 27," (cited on the next page) which describes the different Power Profile Signals.<br><br>The AC power signal is tuned in accordance with the configured Resonant Circuit to produce a tuned AC signal (a "modified AC power signal").<br><br>The Power Profile Signal indicates whether the Satechi Qi2 Charger should | **5.3.1 System Model**<br>Power transmitter power stage configuration is presented in Figure 96 and in Table 26.<br>• In BPP mode and during 128 kHz digital ping switches S1 and S2 are closed. See *Section 5.6, Digital Pings 128 kHz/360 kHz* .<br>• After MPP handshake, starting with the 360 kHz digital ping, PTx transfers to 360 kHz operation mode and will select $C_{tx}$ capacitor based on coupling estimation. Coupling estimation threshold, $C_{tx1}$ and $C_{tx2}$ are selected such that the phase delay between the voltage and phase fundamental tones is always higher than 20 degrees for inductive mode of operation and minimum power delivery is 15 W inside 2 mm cylinder. See *Section 5.7, K Estimation* .<br>• The system model PTx employs full-bridge converter with input voltage control and phase-shift control to regulate transmitted power. Whenever possible, the system model PTx prefers voltage control over phase control. See *Section 5.10, Power Transfer Control* .<br>• Operation frequency is fixed at 360 kHz, with no variable frequency operation.<br>• Impedance tuning circuit comprising $C_{tx1}$, $C_{tx2}$, $C_{tx3}$, S1 and S2 is controlled as described in Table 27.<br><br><br>**Figure 96 - PTx power stage block diagram.**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 134 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 19</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr><td></td><td>operate in Baseline Power Profile ("BPP") Mode, Low Coupling MPP Mode, or High Coupling MPP Mode.<br><br>In BPP Mode, C<sub>tx1</sub>, C<sub>tx2</sub>, and C<sub>tx3</sub> are selected, S1 and S2 are closed, and the Satechi Qi2 Charger operates at 128kHz.<br><br>In Low Coupling MPP Mode, C<sub>tx1</sub> is selected, S1 and S2 are open, and the Satechi Qi2 Charger operates at 360kHz.<br><br>In High Coupling MPP Mode, C<sub>tx1</sub> and C<sub>tx2</sub> are selected, S1 is closed, S2 is open, and the Satechi Qi2 Charger operates at 360kHz.<br><br>"High" or "low" coupling is based on the calculated K Estimation value (K<sub>est</sub>).</td><td>

**5.3.1.2 PTx resonant capacitor selection**

In the system model, the PTx resonant capacitor is selected in conjunction with the PRx capacitor. Please see *Section 5.2.1.3, System model resonance tuning in MPP mode*

**Table 26 - PTx power stage capacitor switches configuration.**

| S1 | S2 | Transmitter frequency | Power transfer mode |
|---|---|---|---|
| closed | closed | 128 kHz | Digital ping 128 kHz and power transfer |
| open | open | 360 kHz | Digital ping 360 kHz and power transfer (low coupling) |
| closed | open | 360 kHz | Digital ping 360 kHz and power transfer (high coupling) |

* "High" coupling and "low" coupling is determined by the k estimation stage (See *Section 5.7, K Estimation* ) which is performed in the digital ping phase. The value of k separating low and high coupling is given in the Table 27.

**Table 27 - PTx electrical properties (system model), during power transfer.**

| | Value |
|---|---|
| Input voltage range | 11 V - 19 V (MPT#1)<br>11 V - 25 V (MPT#2)<br>Capped at 18 V in low-k mode (See *Section 5.9.2.3.4, Low-k Mode* ) |
| Amplitude modulation resolution | 30 mV |
| Duty cycle | 50% |
| Max Vin with phase shift control | 11 V |
| θ (PTx inverter phase shift) control range | 0- 50 degrees |
| θ (PTx inverter phase shift) control resolution | 0.5 degrees |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}$ at high coupling ≥ 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 101 nF (96-106 nF) |
| Primary coil tuning capacitor $C_{tx1}$ at low coupling < 0.81* $\alpha_{k_threshold}$ (MPP mode, see Table 26) | 68 nF (64.6-71.4 nF) |
| Primary coil tuning capacitor $C_{tx1}+C_{tx2}+C_{tx3}$ (BPP mode, see Table 26) | 491 nF (466.7-515.5 nF) |

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 135 and 136
</td></tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| | | **5.7 K Estimation**<br><br>**5.7.1 System Model**<br><br>**5.7.1.1 Need For K Estimation**<br><br>In MPP systems, PTx and PRx collaboratively estimate the inductive coupling factor, $k_i$:<br>$$k_i = \frac{M'}{\sqrt{L'_{TX} L'_{RX}}}$$<br>where $M'$ is the mutual inductance.<br><br>In MPP, the calculation of the estimated inductive coupling factor, $K_{est}$, takes place in PTx. The potential use cases for $K_{est}$ include:<br><br>1. Selection of $C_{TX}$ for 360 kHz operation (to deliver the full power and having ZVS)<br><br>…<br><br>**5.7.1.2 Kest Calculation Formula**<br><br>The equation to estimate $k_i$ is as follows:<br>$$K_{est} = E_0 \cdot p + E_1$$<br>where:<br>$$p = \frac{V_{rect}}{VCTX_PP + V_{in}}$$<br>$V_{rect}$: The Digital Ping voltage reported by RX<br><br>$V_{in}$: the measured dc voltage to the inverter<br><br>VCTX_PP: is the measured peak to peak CTX voltage<br><br>The $K_{est}$ formula is fit over a preferential k range from 0.72 to 0.88, i.e., $E_0$ and $E_1$ are chosen to be most accurate in this range. See *Section 5.7.1.2.1, E0 and E1 Fit Example* for an example.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 150 and 151 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(e)] a transmission antenna that is operable to produce a wireless power signal for receipt by at least one receiver antenna of at least one wireless power receiver in accordance with the AC signal that is produced by the power conditioning system comprising the inverter and tuned by the capacitor circuit; and | The Satechi Qi2 Charger's Resonant Circuit sends the modified AC power signal to the Satechi Qi2 Charger's PTx Wireless Charging Coil so that power can be wirelessly transferred to a receiver antenna (a PRx Wireless Charging Coil) of another device (e.g., a smartphone) | <br>**Figure 5 - MPP PTx functional diagram.**<br>...<br><br>**Figure 7 - MPP PRx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18 and 19 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| | | <br><br>**Figure 121 - System Model for FSK Transmitter .**<br><br>**5.10.2.1.1 System-level block diagrams**<br><br><br><br>**Figure 111 - High-level hardware block diagram**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 166 and 182 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(f)] at least one controller comprising:<br><br>[19(f)(i)] at least one processor;<br><br>[19(f)(ii)] at least one non-transitory machine-readable medium; and<br><br>[19(g)] executable code stored on the at least one non-transitory machine-readable medium that, | Satechi Qi2 Chargers include at least one controller (e.g., the Satechi Qi2 Charger's PTx Control Unit) that is comprised of at least one processor, at least one non-transitory machine-readable medium, and executable code stored therein that, when executed by the processor, causes the PTx Control Unit to operate as described below.<br><br>Satechi Qi2 Chargers performs various functions–including those described below– via software ("Qi2 Software"), which necessitates the presence of these limitations.<br><br>As seen on the right, the "control circuits" (e.g., the PTx Control Unit) enables various communications necessary for the wireless transfer of power between the Satechi Qi2 Chargers and the receiver device (e.g., a smartphone). | **Figure 5 - MPP PTx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18<br><br>The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(g)(i)] when executed by the at least one processor, causes the at least one controller to:<br><br>[19(g)(ii)] send, to the external power supply, a request that the external power supply change the configurable voltage level of the supply voltage signal from a first voltage level to a second voltage level; | The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to send, to the external power supply, a request for the external power supply to change the supply voltage signal's ($P_{IN}$) voltage level from a first to a second voltage level.<br><br>The images on the right show the results of USB voltage meter (an AVHzY CT-3) testing performed on the Satechi ST-Q21FM Qi2 charger. The top image shows a voltage reading of ~5V when the voltage meter is connected to an external power supply (a USB-C power brick).The bottom image shows a change in the voltage reading, from ~5V to a second voltage level (such as ~12V) when the Satechi ST-Q21FM is connected to the USB voltage meter and thus the external power supply.<br><br>The Satechi Qi2 Charger's PTx Control Unit's request caused the change from ~5V to ~12V. The voltage values of ~12V and ~5V are non-limiting examples of how this claim is met.<br><br>The Satechi Qi2 Charger is operable with external | <br><br><br><br>Source: Images of USB voltage meter testing on the ST-Q21FM Satechi charger |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| | power supplies, such as a USB PD brick.<br><br>USB PD bricks must comply with the Universal Serial Bus Power Delivery Specification.<br><br>This specification states that a sink device (e.g., the Satechi Qi2 Charger) can send, to a connected USB PD brick, a "Request Message" to "request power during the request phase" of power negotiations. | **2.4 Architectural overview**<br><br>**2.4.1 System Description**<br>Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:<br>• External power source - in many cases a separate adapter such as a USB PD brick.<br>• Variable Voltage Supply - for voltage control of the power signal<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 16<br><br>**6.4.2 Request Message**<br>A ***Request*** *Message* ***Shall*** be sent by a *Sink* to request power during the request phase of an SPR power *Negotiation*. The *Request Data Object* ***Shall*** be returned by the *Sink* making a request for power. It ***Shall*** be sent in response to the most recent ***Source_Capabilities*** *Message* (see *Section 8.3.2.2, "Power Negotiation"*) when in *SPR Mode*. A ***Request*** *Message* ***Shall*** return one and only one *Sink Request Data Object* that ***Shall*** identify the *Power Data Object* being requested.<br><br>The *Source* ***Shall*** respond to a ***Request*** *Message* with an ***Accept*** *Message*, a ***Wait*** *Message* or a ***Reject*** *Message* (see *Section 6.9, "Accept, Reject and Wait"*).<br><br>The ***Request*** *Message* includes the requested power level. For example, if the ***Source_Capabilities*** *Message* includes a *Fixed Supply PDO* that offers 9V @ 1.5A and if the *Sink* only wants 9V @ 0.5A, it will set the ***Operating Current*** field to 50 (i.e., 10mA * 50 = 0.5A).<br>Source: USB PD Specification (Rev. 3.2, Version 1.1, Oct. 2024) pg. 155 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(g)(iii)] detect that the external power supply has changed the configurable voltage level of the supply voltage signal from the first voltage level to the second voltage level; and | The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to detect that the external power supply has changed the supply voltage signal's ($P_{IN}$) voltage level to the second voltage level.<br><br>The Satechi Qi2 Charger is required to operate with a certain voltage level to function properly. For example, the Satechi Qi2 Charger deliver power at certain power levels.<br><br>This necessarily requires the Satechi Qi2 Charger (via its PTx Control Unit) to detect that the external power supply is supplying a voltage amount that is sufficient for the Satechi Qi2 Charger's needs.<br><br>As seen on the right, the Satechi Qi2 Charger will receive and detect an "Accept Message." The USB PD brick transmits the Accept Message when the USB PD accepts the Satechi Qi2 Charger's request to change $P_{IN}$. | **5. Power Delivery**<br>Unless otherwise stated, all contents in the chapter applies to power delivery in MPP mode instead of BPP mode.<br>**5.1 Power Profiles (BPP + MPP)**<br>**5.1.1 Specifications**<br>**5.1.1.1 Power Delivery Spec 1**<br>The PTx shall provide a BPP PRx with at least 5 W of rectified power for 0 mm ≤ z ≤ 3 mm, 0 mm ≤ r ≤ 8 mm (Figure 88).<br>**NOTE:** See *Section 5.1.3.1, Definition of r and z* for the definition of r and z.<br>**5.1.1.2 Power Delivery Spec 2**<br>The PTx shall provide an MPP PRx with at least 15 W of rectified power in Full Mode inside the 2x2 cylinder (0 mm ≤ z ≤ 2 mm, 0 mm ≤ r ≤ 2 mm) Figure 87.<br>**5.1.1.3 Power Delivery Spec 3**<br>The PTx shall provide an MPP PRx with at least 5 W of rectified power for 0 ≤ z ≤ 3 mm, 0 mm ≤ r ≤ 4 mm.<br>**5.1.1.4 Power Delivery Spec 4**<br>The PTx shall provide an MPP PRx in restricted mode a maximum of 6.5 W received power in MPP Restricted mode. This is based on BPP system specification.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 124<br>The *Source* ***Shall*** respond to a ***Request*** *Message* with an ***Accept*** *Message*, a ***Wait*** *Message* or a ***Reject*** *Message* (see *Section 6.9, "Accept, Reject and Wait"*).<br>...<br>**6.9 Accept, Reject and Wait**<br>The recipient of a ***Request***, ***EPR_Request***, ***PR_Swap***, ***DR_Swap***, ***VCONN_Swap***, or ***Enter_USB*** *Message* ***Shall*** respond by sending one of the following responses:<br>• An ***Accept*** *Message* in response to a ***Valid*** request which can be serviced immediately (see *Section 6.3.3, "Accept Message"*).<br>• A ***Wait*** *Message* in response to a ***Valid*** request which cannot be serviced immediately but could be serviced at a later time (see *Section 6.3.12, "Wait Message"*).<br>• A ***Reject*** *Message* in response to an ***Invalid*** request or a request which is outside of the device's design *Capabilities* (see *Section 6.3.4, "Reject Message"*).<br>Source: USB PD Specification (Rev. 3.2, Version 1.1, Oct. 2024) pgs. 129 and 272 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| [19(g)(iv)] after detecting that the external power supply has changed the configurable voltage level of the supply voltage signal from the first voltage level to the second voltage level, cause the configurable frequency of the drive signal to be changed from a first frequency to a second frequency by sending a drive-control signal to the driver that instructs the driver to change the configurable frequency of the drive signal from the first frequency to the second frequency. | The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to, after detecting, that the external power supply has changed the supply voltage signal's ($P_{IN}$) voltage level to the second voltage level, cause a change in the Frequency Command's frequency (e.g., from 128 kHz to 360 kHz).<br><br>Once the Satechi Qi2 Charger (via its PTx Control Unit) determines that it is supplied with sufficient voltage from the external power supply, it can operate and deliver power as required by the Qi 2 specification.<br><br>As explained above, the Satechi Qi2 Charger can operate at either 128 kHz or 360 kHz.<br><br>The Frequency Command's frequency changes | **6.2 Frequency Shift Keying (PTx to PRx)**<br>The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:<br>(see table below)<br>...<br>**6.2.1 System Model**<br>**6.2.1.1 FSK Modulator (PTx)**<br>The system model FSK transmitter is presented in Figure 121. In general, Power Transmitter varies its operating frequency to transmit data to the Power Receiver.<br>When operating at 128 kHz, the PTx performs FSK modulation by switching between the nominal operating frequency, $F_{OP}$, of 127.772 kHz and the modulated frequency, $F_{MOD}$, of 125.435 kHz.<br>When operating at 360 kHz:<br>• the PTx performs FSK modulation by switching between the nominal operating frequency, $F_{OP}$, of 360 kHz and the modulated frequency, $F_{MOD}$, of 366.412 kHz<br>• frequency dithering is used, with a repetition length of 16 power frequency cycles and a deviation of -7 kHz to +7 kHz<br>• the frequency dithering deviation is larger than the FSK modulation depth<br>• $F_{OP}$ and $F_{MOD}$ values are the averages measured over a period of 16 cycles<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181 |

| Parameter | Value | |
|---|---|---|
| | MPP (128 kHz digital ping) | MPP (360 kHz ramp up ping and power transfer) |
| Power Frequency ($F_{op}$) | 127.772 kHz | 360 kHz |
| Modulation Frequency ($F_{mod}$) | 125.435 kHz | 366.412 kHz |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
| --- | --- | --- |
| | depending on the Satechi Qi2 Charger's operations.<br><br>The below analysis is one example of how the Frequency Command's frequency may change.<br><br>Initially, the Satechi Qi2 Charger's PTx Control Unit causes the Satechi Qi2 Charger to operate at 128kHz. During this time, a 128kHZ "ping phase" occurs.<br><br>The 128kHz ping phase is followed by a 128kHz configuration phase, during which the PTx Control Unit determines whether Satechi Qi2 Charger should continue operating at 128kHz or if it should change the operating frequency to 360kHz for MPP operations.<br><br>The flow chart on the right shows the PTx Control Unit's decision making | **7.3 Magnetic Protocol - Full Mode**<br><br>As shown in Figure 15, the *magnetic protocol (full mode)* has five distinct phases: ping, configuration, negotiation, power, and cloak. The system runs through the ping, configuration, and negotiation phases twice, initially at an operating frequency of 128 kHz and after a restart at an operating frequency of 360 kHz.<br><br><br>A change in the operating frequency<br><br>**Figure 15 - Phases of magnetic protocol (full mode)**<br><br>• *Ping phase (128 kHz)*: This phase is identical to the ping phase of the baseline protocol.<br>• *Configuration phase (128 kHz):*This phase is identical to the configuration phase of the baseline protocol but for two exceptions. At the end of the phase, the PTx uses a response pattern to acknowledge that it enters the negotiation phase of the magnetic protocol. This response pattern is different from the one used to enter the negotiation phase in the extended protocol. In addition, the PRx sends a signature identifying the configuration phase as part of the magnetic protocol. Hereto it uses a data packet that is optional in the baseline protocol.<br>• *Negotiation phase (128 kHz):* The PRx and PTx exchange a minimal sequence of questions and answers to prepare for a restart of the protocol, changing the operating frequency to 360 kHz.<br>• *Ping phase (360 kHz):* This phase is identical to the ping phase of the baseline protocol.<br>• Configuration phase (360 kHz). This phase is identical to the first pass through the configuration phase running at an operating frequency of 128 kHz.<br>• *Negotiation phase (360 kHz):* The PRx and PTx exchange a sequence of questions and answers to determine whether it is possible to transfer more power than contained in the default power transfer contract (i.e., a guaranteed load power level of 5 W). In addition, the PRx provides some design information to enable the PTx to improve its FOD performance. At the end of the negotiation phase, the PTx acknowledges a request from the PRx to proceed to the power phase.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 19 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| | process during the 128kHz configuration phase.<br><br>It can be seen that the operating frequency is initially set to 128kHz for the ping phase.<br><br>The PTx Control Unit receives ID/XID packets from the receiving device.<br><br>If the XID packets indicate that the receiving device does not support the MPP, the PTx Control Unit keeps the Satechi Qi2 Charger operating at 128kHz ("Proceed as non-MPP Qi v.1x PTx").<br><br>If XID packets indicate that the receiving device supports the MPP, the PTx Control Unit proceeds down the decision making tree.<br><br>The PTx Control Unit can cause the change in the Frequency Command's frequency from 128 kHz to 360 kHz in two different ways, each of which are independently sufficient.<br><br>The first way is when the PTx Control Unit determines, from the XID packets, that the receiving device wishes to operate under the MPP's "Restricted Mode." | <br>**Figure 9 - MPP Power Transmitter Configuration Phase Decision Tree Flow - 128 kHz ping**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pg. 24 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| | In this scenario, the PTx Control Unit sets the operating frequency to 360kHz and the decision making process continues onto a 360kHz digital ping flow. The PTx Control Unit can ultimately decide to still proceed to the MPP negotiation phase.<br><br>The second way is when the PTx Control Unit determines that the receiving device wishes to operate under the MPP's "Full Mode."<br><br>The PTx Control Unit proceeds to the MPP negotiation phase. The PTx Control Unit sets the operating frequency to 360kHz when in the MPP negotiation phase.<br><br>The PTx Control Unit enables the PTx and PRx to send information to each other by "modulating the power signal, a form of in-band communications." | **4.3.3 Frequency Selection**<br>PRx shall select a new operating frequency (360 kHz) using *SRQ/freqsel* (*Section 8.1.4, Specific Request [Frequency Selection] - SRQ/freqsel (0x20)*).<br><br>After selecting the new frequency and terminating the negotiation using *SRQ/en*, PRx shall request a re-ping using *EPT/rep* to allow PTx to activate the new selected frequency.<br><br>1. *EPT/rep* will cause the PTx to remove the power signal, change the operating frequency to the selected value and reset the power contract elements.<br>…<br>**4.4 Negotiation Phase - 360 kHz**<br>PRx shall use the 360 kHz negotiation phase to negotiate the required power contract elements before entering power transfer phase.<br>…<br><br><br>Figure 16 - MPP Power Negotiation Flow at 360 kHz<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pgs. 33-35 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| | These in-band communications include the FSK performed by the Satechi Qi2 Charger's FSK Modulator.<br><br>As seen on the right, the PTx Control Unit sends a control signal to the FSK Modulator, which produces the Frequency Command in response.<br><br>The FSK Modulator then provides the Frequency Command to the Satechi Qi2 Charger's Inverter, which is part of the power conditioning system.<br><br>The PTx Control Unit sends the control signal to the FSK Modulator when the Satechi Qi 2 Charger needs to change its operating frequency from 128 kHz to 360 kHz. | The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13<br><br><br><br>**Figure 5 - MPP PTx functional diagram.**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 20 | Analysis | Select Evidence |
|---|---|---|
| The wireless power transmitter of claim 19, wherein the configurable voltage level is selected from a group of voltage levels that includes 5 volts, 9 volts, and 15 volts. | Satechi Qi2 Chargers infringe claim 20 because they comprise the wireless power transmitter of claim 19, with the additional limitation(s) described below.<br><br>As mentioned before, the Satechi Qi2 Charger is operable with external power supplies, such as a USB PD brick.<br><br>USB PD bricks provide $P_{IN}$ to the Satechi Qi 2 Charger.<br><br>As seen on the right, the voltage levels of $P_{IN}$ includes 5V, 9V, and 15V. | See evidence below. |

**Select Evidence:**

### 2.8.2 Programmable Power Supply (PPS) Charging Models

USB Power Delivery includes support for *Programmable Power Supply* (*PPS*) charging using a set of defined standard voltage ranges. With current up to the limit of the *Source*'s and cable's *Advertised Capabilities*. Additionally, when operating in *SPR Mode* the current is also limited by the ***Operating Current*** field value in the ***Request*** *Message*.

**Note:** *PPS* operation is not available in *EPR Mode*.

The standard voltage ranges available in the *Standard Power Range* (*SPR*) for *PPS* are summarized in *Table 2.2, "PPS Voltage Power Ranges"*.

**Table 2.2 PPS Voltage Power Ranges**

| Available Current | Prog | Min Voltage (V) | Max Voltage (V) | PDP Range |
|---|---|---|---|---|
| 3A | 9V Prog | 5 | 11 | 16 – 60W |
| | 15V Prog | 5 | 16 | |
| | 20V Prog | 5 | 21 | |
| 5A[1] | 20V Prog | 5 | 21 | 61 – 100W |
| 1) Requires 5A cable. | | | | |

...

### 2.8.3 Adjustable Voltage Supply (AVS) Charging Models

USB Power Delivery operating in *SPR Mode* (when *PDP* is higher than 27W) and *EPR Mode* includes support for *Adjustable Voltage Supply* (*AVS*) charging using a set of defined standard voltage ranges based on the *Source*'s *PDP Rating*.

The standard voltage ranges available for *AVS* are summarized in *Table 2.3, "AVS Voltage Power Ranges"*.

**Table 2.3 AVS Voltage Power Ranges**

| PDP | | | | | | |
|---|---|---|---|---|---|---|
| | Minimum Voltage (V) | Maximum Voltage (V) | Maximum Available Current[3] | Minimum Voltage (V) | Maximum Voltage (V) | Maximum Available Current |
| >27…45W | 9 | 15 | 3A | *N/A* | | |
| >45…60W | 9 | 20 | 3A | | | |
| >60…100W | 9 | 20 | 5A[1] | | | |
| 100…140W | 9 | 20 | 5A[2] | 15 | 28 | 5A[2] |
| >140…180W | 9 | 20 | 5A[2] | 15 | 36 | 5A[2] |
| >180…240W | 9 | 20 | 5A[2] | 15 | 48 | 5A[2] |

1) Requires 5A cable.

2) Requires an *EPR* Cable.

3) The maximum available *SPR AVS* current is determined by the maximum available current in the *Fixed Supply* 15V *PDO* in the 9 - 15V range and *Fixed Supply* 20V *PDO* in the 15 - 20V range.

Source: USB PD Specification (Rev. 3.2, Version 1.1, Oct. 2024) pgs. 75 and 76 (retrieved from https://usb.org/document-library/usb-power-delivery)

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 21 | Analysis | Select Evidence |
|---|---|---|
| The wireless power transmitter of claim 19, wherein the inverter is configured to receive an input voltage signal having a configurable inverter input voltage level that is in a range between 5 volts and 20 volts, and wherein the configurable inverter input voltage level is based on the configurable voltage level of the supply voltage signal. | Satechi Qi2 Chargers infringe claim 21 because they comprise the wireless power transmitter of claim 19, with the additional limitation(s) described below.<br><br>The Satechi Qi2 Charger's Inverter receives an input voltage signal ($V_{in}$) that is within the range of 5-20V (e.g., 11.5V or 11V).<br><br>$V_{in}$ is based on $P_{IN}$'s voltage level. This is because the | <br><br>**Figure 5 - MPP PTx functional diagram.**<br>…<br>**5.6.2 Specifications**<br>**5.6.2.1 PTx Digital Ping Specifications**<br>PTx Digital Ping specifications include identification sequence with:<br>• InverterConfig == "128_HB_Low" (128 kHz Ping HB_Low)<br>• InverterConfig == "360_FB" (360 kHz Ping FB)<br>These inverter configurations are necessary for a successful digital ping between an MPP PTx and MPP PRx.<br>…<br>**5.6.2.2 PTx Digital Ping Specifications - 128 kHz Ping HB_Low**<br>**5.6.2.2.1 PTx DP 128 kHz HB_Low Spec 1**<br>PTx shall ensure its $V_{inv}$ settles to 11.5 V<br>…<br>**5.6.2.3 PTx Digital Ping Specifications - 360 kHz Ping FB**<br>**5.6.2.3.1 PTx DP 360 kHz FB Spec 1**<br>PTx shall ensure its $V_{in}$ is stable at 11 V.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 18, 136, 144-45 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 21 | Analysis | Select Evidence |
| --- | --- | --- |
| | Variable Voltage supply receives $P_{IN}$ and generates $V_{in}$ therefrom. | <br><br>**Figure 5 - MPP PTx functional diagram.**<br>...<br>**2.4 Architectural overview**<br>**2.4.1 System Description**<br>Figure 4 and Figure 5 show the MPP system architecture. Some elements are identical to those found in BPP. The system consists of the following blocks:<br>• External power source - in many cases a separate adapter such as a USB PD brick.<br>• Variable Voltage Supply - for voltage control of the power signal<br>...<br>**5.10.2.2.1 PTx Control**<br>With inverter frequency fixed, PTx controls the power by adjusting the voltage applied to the inductive ac link based on the XCE packets from PRx. This can be achieved by either<br>• (Vin control mode) adjusting the inverter input voltage Vin to the inverter between VIN_MIN and VIN_MAX, or<br>• (phase control mode) adjusting the inverter phase θ (see *Section 5.3.1.1, Definition of inverter phase θ* ) between PHASE_MIN and PHASE_MAX.<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pgs. 16, 18, and 168 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 22 | Analysis | Select Evidence |
|---|---|---|
| The wireless power transmitter of claim 19, wherein the second voltage level is higher than the first voltage level. | Satechi Qi2 Chargers infringe claim 22 because they comprise the wireless power transmitter of claim 19, with the additional limitation(s) described below.<br><br>The images on the right show the results of USB voltage meter (an AVHzY CT-3) testing performed on the Satechi ST-Q21FM Qi2 charger. The top image shows a voltage reading of approximately 5V when the voltage meter is connected to an external power supply (a USB-C power brick).<br><br>The bottom image shows a change in the voltage reading, from ~5V to a second voltage level (such as ~12V) when the Satechi ST-Q21FM is connected to the USB voltage meter and thus the external power supply.<br><br>The Satechi Qi2 Charger's PTx Control Unit's request caused the change from ~5V to ~12V. ~12V is higher than ~5V. The voltage values of ~12V and ~5V are non-limiting examples of how this claim is met. | Source: Images of USB voltage meter testing on the ST-Q21FM Satechi charger |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 23 | Analysis | Select Evidence |
|---|---|---|
| The wireless power transmitter of claim 19, wherein the second frequency is higher than the first frequency. | Satechi Qi2 Chargers infringe claim 23 because they comprise the wireless power transmitter of claim 19, with the additional limitation(s) described below.<br><br>The Satechi Qi2 Charger has two operating frequencies (e.g., 128kHz and 360kHz).<br><br>360kHz is higher than 128kHz. | <br>**Figure 121 - System Model for FSK Transmitter .**<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 182<br>**6.2 Frequency Shift Keying (PTx to PRx)**<br>The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:<br>(table below)<br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181 |



| Parameter | Value | |
|---|---|---|
| | MPP (128 kHz digital ping) | MPP (360 kHz ramp up ping and power transfer) |
| Power Frequency ($F_{op}$) | 127.772 kHz | 360 kHz |
| Modulation Frequency ($F_{mod}$) | 125.435 kHz | 366.412 kHz |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 24</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>The wireless power transmitter of claim 19, wherein at least the first frequency is within a range of about 87 kilohertz ("kHz") to about 205 kHz.</td>
<td>Satechi Qi2 Chargers infringe claim 24 because they comprise the wireless power transmitter of claim 19, with the additional limitation(s) described below.<br><br>The Satechi Qi2 Charger has two operating frequencies (e.g., 128kHz and 360kHz).<br><br>128kHz is within the range of about 87-205 kHz.</td>
<td>



**Figure 121 - System Model for FSK Transmitter .**

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 182

**6.2 Frequency Shift Keying (PTx to PRx)**

The MPP system model uses the FSK modulation bit encoding scheme as defined in Section 3.1 of the Qi Communications Physical Layer Specification v2.0 and uses the following modulation parameters:

<table>
<tr><th rowspan="2">Parameter</th><th colspan="2">Value</th></tr>
<tr><th>MPP (128 kHz digital ping)</th><th>MPP (360 kHz ramp up ping and power transfer)</th></tr>
<tr><td>Power Frequency ($F_{op}$)</td><td>127.772 kHz</td><td>360 kHz</td></tr>
<tr><td>Modulation Frequency ($F_{mod}$)</td><td>125.435 kHz</td><td>366.412 kHz</td></tr>
</table>

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 181
</td>
</tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

<table>
<tr><th>Claim 25</th><th>Analysis</th><th>Select Evidence</th></tr>
<tr>
<td>[25(Preamble)] The wireless power transmitter of claim 19, wherein the executable code stored on the at least one non-transitory machine-readable medium that, when executed by the at least one processor, causes the at least one controller to send the request that the external power supply change the configurable voltage level of the supply voltage signal from the first voltage level to the second voltage level comprises executable code stored on the at least one non-transitory machine-readable medium that, when executed by the at least one processor, causes the at least one controller to:</td>
<td>Satechi Qi2 Chargers infringe claim 25 because they comprise the wireless power transmitter of claim 19, with the additional limitation(s) described below.<br><br>The Satechi Qi2 Charger's processor executes the Qi2 Software, and causes the Satechi Qi2 Charger's PTx Control Unit to operate as described below.</td>
<td>



Figure 5 - MPP PTx functional diagram.

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP System) pg. 18

The communications and control circuits enable the PTx and PRx to exchange information about the power transfer. For example, at the start of the power transfer, the PTx and PRx communicate to agree on the power level to use. Further into the power transfer they communicate to adjust the power level as necessary. The PTx and PRx send the information across by modulating the power signal, a form of in-band communications. To send information the PRx uses a method known as *backscatter modulation*, in which it modulates its load or resonance frequency to transmit data through the power signal; this is also known as *amplitude shift-keying* (ASK). It is the physical layer of the PRx communications. Similarly, the PTx uses frequency modulation of the power signal to transmit data, also known as *frequency shift-keying* (FSK) to modulate the frequency of the power signal to transmit data. This is the physical layer of the PTx communications.

Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 13
</td>
</tr>
</table>

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 25 | Analysis | Select Evidence |
|---|---|---|
| [25(a)] send the request that the external power supply change the configurable voltage level of the supply voltage signal from the first voltage level to the second voltage level based on receiving a signal from a given wireless power receiver. | The Qi2 Software causes the PTx Control Unit to perform the below operations.<br><br>Initially, the Satechi Qi2 Charger's PTx Control Unit causes the Satechi Qi2 Charger to operate at 128kHz. During this time, a 128kHZ "ping phase" occurs.<br><br>The 128kHz ping phase is followed by a 128kHz configuration phase, during which the PTx Control Unit determines whether Satechi Qi2 Charger should continue operating at 128kHz or if it should change the operating frequency to 360kHz for MPP operations.<br><br>In this ping phase, the Satechi Qi2 Charger sends | **7.3 Magnetic Protocol - Full Mode**<br><br>As shown in Figure 15, the *magnetic protocol (full mode)* has five distinct phases: ping, configuration, negotiation, power, and cloak. The system runs through the ping, configuration, and negotiation phases twice, initially at an operating frequency of 128 kHz and after a restart at an operating frequency of 360 kHz.<br><br><br><br>A change in the operating frequency<br><br>**Figure 15 - Phases of magnetic protocol (full mode)**<br><br>• *Ping phase (128 kHz)*: This phase is identical to the ping phase of the baseline protocol.<br>• *Configuration phase (128 kHz):*This phase is identical to the configuration phase of the baseline protocol but for two exceptions. At the end of the phase, the PTx uses a response pattern to acknowledge that it enters the negotiation phase of the magnetic protocol. This response pattern is different from the one used to enter the negotiation phase in the extended protocol. In addition, the PRx sends a signature identifying the configuration phase as part of the magnetic protocol. Hereto it uses a data packet that is optional in the baseline protocol.<br>• *Negotiation phase (128 kHz):* The PRx and PTx exchange a minimal sequence of questions and answers to prepare for a restart of the protocol, changing the operating frequency to 360 kHz.<br>• *Ping phase (360 kHz):* This phase is identical to the ping phase of the baseline protocol.<br>• Configuration phase (360 kHz). This phase is identical to the first pass through the configuration phase running at an operating frequency of 128 kHz.<br>• *Negotiation phase (360 kHz):* The PRx and PTx exchange a sequence of questions and answers to determine whether it is possible to transfer more power than contained in the default power transfer contract (i.e., a guaranteed load power level of 5 W). In addition, the PRx provides some design information to enable the PTx to improve its FOD performance. At the end of the negotiation phase, the PTx acknowledges a request from the PRx to proceed to the power phase.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (Tech. System Overview) pg. 19 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 25 | Analysis | Select Evidence |
|---|---|---|
| | out 128kHz analog and digital pings to identify the receiving device.<br><br>The Satechi Qi2 Charger receives "Identification (ID)" and "Extended Identification (XID)" packets from the receiving device.<br><br>The ID packets indicate the Qi protocol version.<br><br>The XID packets identify whether the receiving device supports the MPP.<br><br>A receiving device supports the MPP if: (1) the ID packet indicates that the receiving device supports Qi2; and (2) the XID packet indicates that the receiving device supports the MPP.<br><br>The flow chart on the right shows the PTx Control Unit's decision making process during the 128kHz configuration phase. | **3.2.2 Startup Behavior**<br>An MPP-compatible Power Receiver shall start by sending the following sequence of packets during the ping/configuration phase.<br>1. Signal Strength (SIG)<br>2. Identification (ID)<br>3. Extended Identification (XID)<br>4. Power Control Hold-Off (PCH) - *Optional*<br>5. Configuration Packet (CFG)<br><br>The packets shall contain the MPP identifiers as described in this section to allow an MPP-compatible Power Transmitter to identify the Power Receiver.<br>...<br>**3.3.3 Startup Behavior**<br>After detecting PRx placement on the charging surface, MPP PTx shall perform digital ping and identify the Power Receiver using the information embedded in ID and XID packets as described in *Section 3.2.2, Startup Behavior*.<br><br>From the Power Transmitter's 's perspective, a PRx supports MPP if both of the following conditions are satisfied:<br>1. **Qi Version:** Qi protocol version in ID packet (*Section 3.2.2, Startup Behavior*) is set to (Major=2, Minor=0) or higher.<br>2. **MPP Support Advertised:** Sub-header (byte 0) in XID packet is set to MPP selector (*Section 8.1.20, Qi MPP Extended Identification - MPP-XID (0x81)*)<br><br>If the conditions are not satisfied, the Power Transmitter shall proceed to the next phase according to the Qi specifications.<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pg. 22 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 25 | Analysis | Select Evidence |
|---|---|---|
| | It can be seen that the operating frequency is initially set to 128kHz for the ping phase.<br><br>The PTx Control Unit receives the ID/XID packets from the receiving device.<br><br>If XID packets indicate that the receiving device does not support the MPP, the PTx Control Unit keeps the Satechi Qi2 Charger operating at 128kHz ("Proceed as non-MPP Qi v.1x PTx").<br><br>If XID packets indicate that the receiving device supports the MPP, the PTx Control Unit proceeds down the decision making tree.<br><br>The PTx Control Unit cause the change in the Frequency Command's frequency from 128 kHz to 360 kHz when it determines that the receiving device wishes to operate in an MPP Mode (either MPP's "Restricted Mode" or MPP's "Full Mode.").<br>This is because both MPP's "Restricted Mode" and MPP's "Full Mode" require the Satechi Qi2 Charger to operate at 360 kHz. | <br><br>**Figure 9 - MPP Power Transmitter Configuration Phase Decision Tree Flow - 128 kHz ping**<br><br>Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pg. 24 |

Non-limiting example of infringement based on public information presently available.
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 25 | Analysis | Select Evidence |
|---|---|---|
| | | See below |

### 4.3.3 Frequency Selection

PRx shall select a new operating frequency (360 kHz) using *SRQ/freqsel* (*Section 8.1.4, Specific Request [Frequency Selection] - SRQ/freqsel (0x20)*).

After selecting the new frequency and terminating the negotiation using *SRQ/en*, PRx shall request a re-ping using *EPT/rep* to allow PTx to activate the new selected frequency.

1. *EPT/rep* will cause the PTx to remove the power signal, change the operating frequency to the selected value and reset the power contract elements.

…

## 4.4 Negotiation Phase - 360 kHz

PRx shall use the 360 kHz negotiation phase to negotiate the required power contract elements before entering power transfer phase.

…




**Figure 16 - MPP Power Negotiation Flow at 360 kHz**

Source: Sept. 17, 2024 Qi 2.1 Spec (MPP Comms. Protocol) pgs. 33-35